1
2
3
4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case 10-20906-CR-COOKE

5

*THE UNITED STATES OF AMERICA,*

**COURTROOM 11-2**

6

　　　　　Plaintiff,

**MIAMI, FLORIDA**

7

　vs.

**JUNE 1, 2011**

8

*ALCATEL-LUCENT FRANCE, S.A.,*
*ALCATEL-LUCENT TRADE INTERNATIONAL, A.G.,*
*ALCATEL-CENTROAMERICA, S.A.,*

9

(Pages 1 - 74)

10

　　　　　Defendants.

11

12

**TRANSCRIPT OF CHANGE OF PLEA AND SENTENCING**
**BEFORE THE HONORABLE MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

13
14

**APPEARANCES:**

15

**FOR THE GOVERNMENT:**　　　**CHARLES E. DUROSS, A.U.S.A.**

16

99 N.E. 4th Street
Miami, FL 33132　　　　　305.961.9358

17

charles.duross@usdoj.gov

18

**ANDREW GENTIN, A.U.S.A.**
United States Department of Justice

19

Criminal Division, Fraud Section
1400 New York Avenue NW

20

Bond Building 4th Floor
Washington, DC 20005　　　　202.353.3551

21

(Fax) 202.514.0152
andrew.gentin@usdoj.gov

22

**FOR THE DEFENDANTS:**　　　**JON A. SALE, ESQ.**

23

*Sale & Weintraub, P.A.*
Wachovia Financial Center

24

200 South Biscayne Boulevard, Suite 4300
Miami, FL 33131　　　　　305.374.1818

25

(Fax) 305.579.3201
jsale@saleweintraub.com

1        MARTIN J. WEINSTEIN, ESQ.
         ROBERT J. MEYER, ESQ.
2        CHRISTIAN J. NAUVEL, ESQ.
         *Willkie Farr & Gallagher, LLP*
3        1875 K Street, N.W.
         Washington, DC 20006        202.303.1281
4                                    (Fax) 202.303.2000
         mweinstein@willkie.com
5        rmeyer@willkie.com
         cnauvel@willkie.com
6

7   <u>INTERESTED PARTY:</u>

8   *Instituto Costarricense*
    *de Electricidad*        BURTON WEBB WIAND, ESQ.
9                            *Wiand Guerra King, PL*
                             3000 Bayport Drive, Suite 600
10                           Tampa, FL 33607        813.222.1136
                                                    (Fax) 813.347.5198
11                           bwiand@fowlerwhite.com
12

13  REPORTED BY:        JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRR
                        *Official United States Court Reporter*
14                      *Federally Certified Realtime Reporter*
                        Wilkie D. Ferguson, Jr., United States Courthouse
15                      400 North Miami Avenue, Suite 11-1
                        Miami, FL  33128        305.523.5588
16                                              (Fax) 305.523.5589
                        jamillikan@aol.com

17

18

19

20

21

22

23

24

25

# TABLE OF CONTENTS

Page

Reporter's Certificate ................................... 66

| 14:27:07 | 1 | **MR. MARCHENA:**  All rise.  Court is in session.  Please |
| 14:27:10 | 2 | come to order. |
| 14:27:11 | 3 | Judge, we have our change of plea, followed by |
| 14:27:14 | 4 | sentencing, on Case Numbers 10-20906 and 10-20907, USA v. |
| 14:27:24 | 5 | Alcatel-Lucent France, S.A., et al. |
| 14:27:26 | 6 | **THE COURT:**  Ivan, we do have to take care of one matter |
| 14:27:29 | 7 | before we go to the plea. |
| 14:27:32 | 8 | **MR. MARCHENA:**  Yes, Judge. |
| 14:27:32 | 9 | **THE COURT:**  For the record, appearing on behalf of the |
| 14:27:35 | 10 | United States? |
| 14:27:35 | 11 | **MR. DUROSS:**  Charles Duross on behalf of the United |
| 14:27:37 | 12 | States, Your Honor.  Joining me at counsel table is Andrew |
| 14:27:40 | 13 | Gentin. |
| 14:27:41 | 14 | **THE COURT:**  And appearing on behalf of Alcatel-Lucent |
| 14:27:43 | 15 | France, Alcatel-Lucent Trade International, and |
| 14:27:48 | 16 | Alcatel-CentroAmerica? |
| 14:27:50 | 17 | **MR. SALE:**  Good afternoon, Your Honor.  Jon Sale of |
| 14:27:54 | 18 | Sale & Weintraub, together with Martin Weinstein and Robert |
| 14:27:57 | 19 | Meyer of Willkie Farr.  They've been admitted *pro hac vice*, Your |
| 14:27:58 | 20 | Honor. |
| 14:28:00 | 21 | **THE COURT:**  Okay. |
| 14:28:00 | 22 | **MR. WEINSTEIN:**  Your Honor, with me is the General |
| 14:28:02 | 23 | Counsel of Alcatel-Lucent, Mr. Steven R. Reynolds.  He was not |
| 14:28:04 | 24 | the General Counsel at the time the events took place, but he |
| 14:28:06 | 25 | has been the General Counsel of the company since the early part |

| | | |
|---|---|---|
| 14:28:10 | 1 | of 2007, and he has been authorized to appear on behalf of all |
| 14:28:13 | 2 | of the entities named in the charges and the charging documents |
| 14:28:18 | 3 | today, Your Honor. |
| 14:28:19 | 4 | THE COURT: So will he be the entity entering a plea on |
| 14:28:22 | 5 | behalf of all three corporate individuals? |
| 14:28:23 | 6 | MR. WEINSTEIN: Yes, Your Honor. |
| 14:28:24 | 7 | THE COURT: Okay. I'm going to ask you all to sit for |
| 14:28:26 | 8 | a moment, please. |
| 14:28:26 | 9 | Mr. Duross, we do have one thing that I must discuss |
| 14:28:29 | 10 | before we proceed to the plea and that's the matter that we put |
| 14:28:33 | 11 | off last time concerning victim status for ICE, and can you |
| 14:28:42 | 12 | proceed to that argument, please? |
| 14:28:43 | 13 | ICE has asked to be treated as a victim in these |
| 14:28:46 | 14 | proceedings and since that is precluded by the plea agreement in |
| 14:28:52 | 15 | this case as I understand it, that matter has to be resolved |
| 14:28:55 | 16 | before I can determine whether or not I'm going to accept the |
| 14:28:58 | 17 | plea; is that correct? |
| 14:28:59 | 18 | MR. DUROSS: I believe everyone will probably agree |
| 14:29:01 | 19 | with that, Your Honor. |
| 14:29:02 | 20 | THE COURT: Okay. So let's proceed to that issue |
| 14:29:07 | 21 | first. |
| 14:29:18 | 22 | MR. DUROSS: Thank you, Your Honor. |
| 14:29:19 | 23 | The last time that we were before the Court, I believe, |
| 14:29:21 | 24 | was May 11th. At that point in time ICE had filed a petition |
| 14:29:30 | 25 | objecting to the plea agreements, also objecting to the deferred |

| | | |
|---|---|---|
| 14:29:35 | 1 | prosecution agreement, and they raised three issues principally. |
| 14:29:38 | 2 | One was the sufficiency of the resolutions as a whole, arguing, |
| 14:29:44 | 3 | in essence, that they were too lenient and also they didn't |
| 14:29:49 | 4 | include restitution to ICE as a crime victim. |
| 14:29:54 | 5 | Number two, they argued that they were a crime victim |
| 14:29:58 | 6 | under the Crime Victim Rights Act; and, number three, they |
| 14:30:00 | 7 | argued that they were entitled to restitution under -- |
| 14:30:04 | 8 | THE COURT:  Well, let's start with the first one |
| 14:30:06 | 9 | because obviously, if they're not a crime victim, then that |
| 14:30:09 | 10 | resolves the other issues, does it not? |
| 14:30:11 | 11 | MR. DUROSS:  It does, Your Honor. |
| 14:30:12 | 12 | THE COURT:  Okay.  The Government contends that it's |
| 14:30:14 | 13 | not.  Can you tell me why? |
| 14:30:15 | 14 | MR. DUROSS:  Yes, Your Honor.  Your Honor, as the |
| 14:30:17 | 15 | Government laid out in its brief, and since May 11th, the |
| 14:30:21 | 16 | Government filed a response to that petition and memorandum of |
| 14:30:25 | 17 | law as did the defendants in this case. |
| 14:30:28 | 18 | THE COURT:  I have it at Docket Entry Number 43. |
| 14:30:31 | 19 | MR. DUROSS:  Yes.  And so, Your Honor, the Government |
| 14:30:33 | 20 | laid out in some detail its concern with calling ICE a victim in |
| 14:30:40 | 21 | this case.  There were a number of different factors, but I will |
| 14:30:43 | 22 | just summarize for the Court and rely on our pleadings in |
| 14:30:46 | 23 | general to address those facts in detail. |
| 14:30:52 | 24 | But suffice it to say that, first, it appears that the |
| 14:30:56 | 25 | corruption existed at ICE for a number of years prior to the |

Change of Plea and Sentencing Proceedings

7

| | | |
|---|---|---|
| 14:31:01 | 1 | conduct at issue here.  I say that because our principal |
| 14:31:05 | 2 | cooperator in the case, Christian Sapsizian, who's a former |
| 14:31:09 | 3 | Alcatel CIT employee and who had been involved in the |
| 14:31:14 | 4 | telecommunications industries in Costa Rica for a number of |
| 14:31:17 | 5 | years back into the 1980s, had discussed issues of corruption |
| 14:31:21 | 6 | dating back into the 1980s. |
| 14:31:24 | 7 | But beyond that, Your Honor, and I think probably most |
| 14:31:26 | 8 | importantly, as we stressed at the May 11th hearing, nearly half |
| 14:31:29 | 9 | of the board of directors of ICE were recipients of bribes in |
| 14:31:35 | 10 | this case.  Mr. Sapsizian detailed to the Government the |
| 14:31:43 | 11 | solicitation for bribes as well as the payment of bribes to a |
| 14:31:46 | 12 | number of different ICE officials. |
| 14:31:49 | 13 | And so, while certainly ICE stresses that it's a large |
| 14:31:53 | 14 | company, a state-owned company, and there are only so many |
| 14:31:59 | 15 | people that are charged here, involved here with the corrupt |
| 14:32:02 | 16 | activity, we would point out that they were the most senior, |
| 14:32:05 | 17 | most significant, and the people that made the decisions within |
| 14:32:08 | 18 | the company. |
| 14:32:08 | 19 | THE COURT:  Mr. Duross, and this may be an unfair |
| 14:32:11 | 20 | comparison, but if I were to use an area which I know you're |
| 14:32:16 | 21 | familiar with, the Medicare fraud area, and let's say that there |
| 14:32:21 | 22 | was a corrupt person inside that allowed certain payments to be |
| 14:32:26 | 23 | made, or something like that, and then someone is convicted, it |
| 14:32:29 | 24 | doesn't prevent the Court from ordering restitution back to the |
| 14:32:34 | 25 | Medicare program, does it not? |

| | | |
|---|---|---|
| 14:32:37 | 1 | **MR. DUROSS:**  No, it does not, Your Honor.  But most of |
| 14:32:39 | 2 | those Medicare cases, Your Honor, involve the doctor gatekeepers |
| 14:32:43 | 3 | who don't work for Medicare permitting those kinds of bogus |
| 14:32:49 | 4 | bills to be passed on to Medicare. |
| 14:32:52 | 5 | I think it would be more akin to a situation where if |
| 14:32:56 | 6 | you were at a hospital at which most of the managing board of |
| 14:32:59 | 7 | that hospital was engaged in Medicare fraud and then that |
| 14:33:04 | 8 | hospital showed up and said it was a victim, I think that would |
| 14:33:08 | 9 | be more akin here. |
| 14:33:09 | 10 | **THE COURT:**  There might be restitution made payable to |
| 14:33:11 | 11 | Medicare, but not to the hospital. |
| 14:33:12 | 12 | **MR. DUROSS:**  Correct.  Now, there is an interesting |
| 14:33:16 | 13 | issue, and it is not a simple one, which is, in spite of all the |
| 14:33:23 | 14 | facts that I've laid out in our brief, and there are obviously |
| 14:33:26 | 15 | more, I think the most salient of those, Your Honor, is that the |
| 14:33:30 | 16 | evidence that the Government has uncovered and laid out in its |
| 14:33:34 | 17 | brief is that not just the companies before Your Honor were |
| 14:33:37 | 18 | involved in paying bribes at ICE, but other companies were |
| 14:33:42 | 19 | paying bribes at the same time, including, Your Honor, a Swedish |
| 14:33:48 | 20 | company, Ericsson, which was competing with Alcatel for the |
| 14:33:53 | 21 | business. |
| 14:33:54 | 22 | So you have this situation that's occurring in which a |
| 14:33:57 | 23 | bunch of people are all paying bribes to a variety of folks, and |
| 14:34:03 | 24 | it is a difficult situation because from an agency |
| 14:34:06 | 25 | perspective -- and I think this is the point that ICE raises -- |

| | | |
|---|---|---|
| 14:34:10 | 1 | is that because the bribe recipients at ICE were doing it for |
| 14:34:15 | 2 | their own benefit, ICE can't be held responsible. |
| 14:34:19 | 3 | But at some point that agency argument must fail |
| 14:34:23 | 4 | because you could imagine, Your Honor, a circumstance in which a |
| 14:34:27 | 5 | company from top to bottom, every member of the board, everybody |
| 14:34:30 | 6 | is in on it, everybody knows what's going on, but because |
| 14:34:33 | 7 | they're all receiving bribes themselves, the company could show |
| 14:34:36 | 8 | up and say they're a victim. |
| 14:34:39 | 9 | And so, when it gets to that level of management, that |
| 14:34:43 | 10 | level of control -- and, in fact, we cited an audit report in |
| 14:34:46 | 11 | 2003, that talked about the lack of internal controls at the |
| 14:34:50 | 12 | company -- we think that that is deeply troubling when it comes |
| 14:34:57 | 13 | to finding ICE as a victim here, Your Honor. |
| 14:35:00 | 14 | I would say this, which is while under the agency |
| 14:35:05 | 15 | argument that ICE makes to this Court it would be difficult and |
| 14:35:10 | 16 | a challenge, I confess, to charge under those circumstances -- |
| 14:35:15 | 17 | assuming we had jurisdiction over ICE, which we don't, but |
| 14:35:19 | 18 | assuming that we could charge them, that would be a challenge |
| 14:35:22 | 19 | from a criminal prosecution standpoint. |
| 14:35:24 | 20 | But in evaluating victim status, one of the factors |
| 14:35:28 | 21 | that the Court needs to evaluate is the proximate harm and that, |
| 14:35:33 | 22 | I think, is probably best addressed most recently, Your Honor, |
| 14:35:36 | 23 | in a decision that came down last week from the Costa Rican |
| 14:35:40 | 24 | Court that evaluated these very facts in a trial that lasted |
| 14:35:44 | 25 | over a year. |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:35:46 | 1 | In coming to its judgment in denying ICE its request |
| 14:35:50 | 2 | for damages, it found that ICE was at least in part responsible |
| 14:35:54 | 3 | for the conduct and it delved deeply into this issue, Your |
| 14:36:00 | 4 | Honor, because it got to sort of the issue of proximate harm. |
| 14:36:03 | 5 | Who was really responsible for what was really going on?  Who's |
| 14:36:06 | 6 | the victim here? |
| 14:36:06 | 7 | So I don't think that they're a victim based on the |
| 14:36:10 | 8 | facts, but I don't think that this Court needs to resolve that |
| 14:36:16 | 9 | issue in order to accept these plea agreements and reject the |
| 14:36:21 | 10 | request for restitution. |
| 14:36:23 | 11 | The reason why I say that, Your Honor, is there's a |
| 14:36:25 | 12 | case in the Sixth Circuit that in many ways is similar to the |
| 14:36:29 | 13 | case here.  It was an antitrust case called *Acker* and it was an |
| 14:36:34 | 14 | antitrust case in which a company called Arctic Glacier was |
| 14:36:40 | 15 | making packaged ice, the kind that you would go and, I guess, |
| 14:36:43 | 16 | pick up at the food and beverage store to keep your beverages |
| 14:36:46 | 17 | cool on a Saturday, and they were engaged in cartel behavior. |
| 14:36:51 | 18 | So, they were involved in price fixing the cost of that ice. |
| 14:36:58 | 19 | They had reached a resolution with the antitrust |
| 14:37:01 | 20 | division of the Department of Justice and that plea agreement -- |
| 14:37:03 | 21 | the charges in the plea agreement were posted and some |
| 14:37:07 | 22 | downstream recipients of the ice, so the mom and pop stores that |
| 14:37:12 | 23 | weren't buying it directly from Arctic Glacier, made an |
| 14:37:13 | 24 | appearance and said that they were victims and they wanted |
| 14:37:15 | 25 | restitution. |

| | | |
|---|---|---|
| 14:37:16 | 1 | In that case, Your Honor, the Court said, well, it's an |
| 14:37:21 | 2 | open question whether you're a victim for different reasons than |
| 14:37:24 | 3 | here, Your Honor.  In that case the question was from a |
| 14:37:28 | 4 | proximate -- from an economic analysis perspective, could the |
| 14:37:33 | 5 | harm be traced to the end users, the ones who weren't buying it |
| 14:37:39 | 6 | directly from the company engaged in the antitrust behavior. |
| 14:37:43 | 7 | And so the Court said, without reaching that issue, |
| 14:37:45 | 8 | leaving that as an open issue, I'm going to find that the Crime |
| 14:37:50 | 9 | Victim Rights Act, the different elements of it have been met in |
| 14:37:55 | 10 | that case and therefore made it a nonissue. |
| 14:37:59 | 11 | The Sixth Circuit agreed with that and the Sixth |
| 14:38:02 | 12 | Circuit found that it was largely beside the point whether or |
| 14:38:04 | 13 | not the alleged victims were, in fact, victims and didn't need |
| 14:38:09 | 14 | to reach that issue.  Instead, the Court looked to find whether |
| 14:38:13 | 15 | or not those alleged victims had actually received the rights |
| 14:38:18 | 16 | under the Crime Victim Rights Act, and it found that it had. |
| 14:38:22 | 17 | So in our pleading, Your Honor, we walked through the |
| 14:38:25 | 18 | Crime Victim Rights issue and what we did was we laid out what |
| 14:38:28 | 19 | the rights were and then we walked through how those rights had |
| 14:38:32 | 20 | been met. |
| 14:38:34 | 21 | ICE, in its pleadings, had made some fairly vitriolic |
| 14:38:39 | 22 | comments about never hearing from the Government and we'd never |
| 14:38:42 | 23 | made any effort to comply with those obligations, and we set |
| 14:38:45 | 24 | forth in fairly good detail, Your Honor -- I don't think we need |
| 14:38:49 | 25 | to go into it now -- the notice, timely, accurate and reasonable |

| | | |
|---|---|---|
| 14:38:54 | 1 | notice of the hearings, the fact that at all of the hearings |
| 14:38:59 | 2 | ICE's counsel has been present, has never been excluded from |
| 14:39:02 | 3 | court, has had an opportunity at every hearing, every hearing to |
| 14:39:06 | 4 | date, I guess with the exception of the arraignment this |
| 14:39:08 | 5 | morning, to address the Court. |
| 14:39:14 | 6 | There has been control between the Government and ICE's |
| 14:39:19 | 7 | counsel and that the Government and the Court and the Probation |
| 14:39:24 | 8 | Office have all permitted ICE to make its case for restitution. |
| 14:39:28 | 9 | And as a result of that, all of those things, that ICE had been |
| 14:39:31 | 10 | treated with fairness, dignity and respect through this process. |
| 14:39:39 | 11 | As a result of that, Your Honor, we believe that any |
| 14:39:40 | 12 | rights that ICE might be entitled to if they were considered a |
| 14:39:43 | 13 | victim have been met, and under the *Acker* standard then, the |
| 14:39:46 | 14 | Court need not necessarily wrestle with the more difficult issue |
| 14:39:50 | 15 | of ICE and whether they're a victim based on agency issues, but |
| 14:39:54 | 16 | we are troubled by, obviously, the past conduct, not saying that |
| 14:39:58 | 17 | ICE is not a much changed company today. |
| 14:40:01 | 18 | So that is, I think, the key, Your Honor.  I will just |
| 14:40:07 | 19 | raise this one issue, which is in response to our walking |
| 14:40:12 | 20 | through the different rights and the fact that the Government |
| 14:40:15 | 21 | has met those rights under the CVRA, there was a right of |
| 14:40:22 | 22 | conferral.  And in response to that, it seems as though ICE has |
| 14:40:25 | 23 | now focused its argument on the fact that prior to the filing of |
| 14:40:29 | 24 | the Indictment in this instance that the Government did not |
| 14:40:35 | 25 | confer with ICE's attorneys or ICE itself, and they hang their |

| | | |
|---|---|---|
| 14:40:41 | 1 | hat principally on a case called *In re Dean* which is out of |
| 14:40:45 | 2 | the Fifth Circuit. |
| 14:40:46 | 3 | Now, for a whole number of different reasons that we |
| 14:40:50 | 4 | addressed, I think, in a fairly lengthy footnote, we don't |
| 14:40:53 | 5 | believe, and it's the Department of Justice's position, that the |
| 14:40:58 | 6 | Crime Victim Rights Act does not create a right of conferral |
| 14:41:04 | 7 | prior to the filing of charges. |
| 14:41:06 | 8 | We think it's obvious from the face of the statute, if |
| 14:41:09 | 9 | the Court were to look at that particular section, it says to |
| 14:41:12 | 10 | speak to the attorney for the Government in "the" case and the |
| 14:41:19 | 11 | use of the definite article "the" suggests that it's not during |
| 14:41:24 | 12 | the investigation; it's once the charges are filed. |
| 14:41:27 | 13 | *In re Dean*, it does hold differently, but I would |
| 14:41:31 | 14 | point out to the Court that in that case it was assumed that |
| 14:41:35 | 15 | there was a prefiling right of conferral, and we believe that |
| 14:41:39 | 16 | the better logic and wisdom is with a case called *Huff Asset* |
| 14:41:44 | 17 | *Management* which was in the Second Circuit and involved the |
| 14:41:49 | 18 | Adelphia Cable Company and the Regis family, and we think that |
| 14:41:53 | 19 | that was better decided, that there is no right prior to the |
| 14:41:55 | 20 | filing of charges to discuss plea negotiations and the like. |
| 14:42:01 | 21 | So that's the issue on victim status.  And just |
| 14:42:05 | 22 | briefly, Your Honor, I'll just touch on restitution, which is |
| 14:42:10 | 23 | even if ICE is a victim, it just does not seem possible to |
| 14:42:16 | 24 | determine restitution in this case for two principal reasons: |
| 14:42:21 | 25 | 1.  What occurred here involved a corrupt tender |

Change of Plea and Sentencing Proceedings

14

14:42:28  1  process, so bribes were paid in order to win business.  As I

14:42:31  2  just described earlier, Your Honor, the whole system had issues.

14:42:37  3          One of the directors testified to receiving other

14:42:39  4  bribes from two different companies around the same time,

14:42:43  5  including being involved with yet another director who was doing

14:42:45  6  the same thing.

14:42:47  7          So in a tender process that's been corrupted, this

14:42:52  8  Court is required to actually have a nonspeculative, reasonable

14:42:57  9  estimation of damages, actual loss to the victim.  In fact,

14:43:02  10  there was a case, *United States v. Huff*, in which the

14:43:06  11  restitution award was reversed and remanded, vacated and

14:43:11  12  remanded, I should say, Your Honor, by the Eleventh Circuit

14:43:12  13  because the Eleventh Circuit found that the District Court did

14:43:16  14  not lay out all the specific facts to get to the actual loss

14:43:21  15  dollar amount.

14:43:22  16          I don't see how it would be possible, as many hours in

14:43:26  17  the day that there are, for this Court to unwind a transaction

14:43:30  18  that occurred over a decade ago in some instances, to figure out

14:43:34  19  who would have won that bid in that corrupt tender process and

14:43:42  20  at what price.  It's just not possible.  I don't see how it's

14:43:44  21  possible to do it.

14:43:46  22          The second point, Your Honor, is in order to try to do

14:43:50  23  that, to even try to accomplish that, the Court would delve into

14:43:55  24  a level of complexity and a process that would so prolong

14:44:01  25  sentencing that neither the Mandatory Victim Restitution Act nor

Change of Plea and Sentencing Proceedings

14:44:06   1   the Victim Witness Protection Act would require the Court do

14:44:10   2   that.

14:44:11   3         It's very specific in both statutes, both restitution

14:44:15   4   statutes, that the Court, if it is unduly complex, it would

14:44:20   5   unduly prolong the sentencing process, need not engage in that

14:44:25   6   if it outweighs the need for restitution.

14:44:28   7         We make that very clear, I think, Your Honor, in our

14:44:31   8   brief.  If the Court were to simply review some of the damages

14:44:34   9   that are claimed by ICE here, they talk about things like

14:44:40   10  network problems and whether something was delivered or not

14:44:43   11  delivered or whether services were appropriately rendered and

14:44:49   12  whether products were good products or bad products.

14:44:52   13        Now, for a whole separate reason, I think that those

14:44:55   14  are commercial damages claims that are sort of parading as a

14:45:00   15  restitution issue.  I think that that would be very difficult to

14:45:05   16  do.  I don't know how it would be possible for us to try to

14:45:08   17  figure out whether or not Alcatel delivered a good product to

14:45:13   18  ICE and whether they used it properly.

14:45:15   19        That's a civil action, a commercial dispute between two

14:45:18   20  sophisticated entities that's actually playing itself out in a

14:45:23   21  Costa Rican court right now.

14:45:24   22        So, Your Honor, the short answer -- I think I said it

14:45:28   23  was going to be a short answer awhile ago.  The short answer,

14:45:31   24  Your Honor, is the Government does not believe that ICE is a

14:45:35   25  victim based on the facts laid out in our brief.

14:45:38   1          We think that it would be very troubling indeed if they
14:45:42   2   were to be deemed a victim, but the Court need not decide that.
14:45:45   3   The Court need only find that their rights under the Crime
14:45:49   4   Victim Rights Act have been afforded to them, which we believe
14:45:53   5   that they have.
14:45:54   6          Moreover, Your Honor, even if they are considered a
14:45:57   7   victim, under the restitution statutes this Court cannot deliver
14:46:03   8   a speculative loss amount and the Court need not make complex
14:46:08   9   and unduly lengthy proceedings, engage in unduly lengthy
14:46:14  10   proceedings, in order to try to determine it.
14:46:16  11          I think the best evidence, Your Honor, of how complex
14:46:19  12   this would be, besides the fact that there are now nine lawyers
14:46:23  13   representing ICE, they filed pleadings that have more than 1,300
14:46:28  14   pages of exhibits and the Court's order, findings of fact and
14:46:33  15   conclusions of law in Costa Rica, following six years of
14:46:35  16   litigation and a whole year-long trial, was 2,000 pages and they
14:46:39  17   said that they couldn't determine what the damages were six
14:46:45  18   years later.  One-year trial, 2,000 pages, they couldn't figure
14:46:50  19   it out.
14:46:51  20          So from that perspective, Your Honor, I think that
14:46:53  21   restitution is not warranted here and outweighs the need -- I
14:46:57  22   should say that the complexity and the delay outweigh the need
14:47:01  23   for restitution here.
14:47:01  24          THE COURT:  Let me hear from ICE and then I'll be
14:47:04  25   prepared to rule.

14:47:09    1    **MR. WIAND:** Okay. Your Honor, I am Burt Wiand and I

14:47:13    2    represent Instituto Costarricense de Electricidad. With me

14:47:14    3    today is my colleague, Gianluca Morello, and Jordan Maglich.

14:47:15    4    Also with us here today is Julietta --

14:47:16    5    **THE COURT:** Counsel, microphone, please.

14:47:18    6    **MR. WIAND:** Okay. Also with us here today is Julietta

14:47:19    7    Bajarano who is the director of the Instituto legal division for

14:47:20    8    ICE. That's essentially General Counsel for the company. She

14:47:34    9    has that position now. She had that position from 2000 to 2004.

14:47:40    10    Also with us here is Oman Calderón who is another attorney for

14:47:55    11    ICE who has participated in the criminal proceedings in Costa

14:47:55    12    Rica where all of the individuals who are involved with the

14:47:59    13    bribery scandal there, due in part to the activities of ICE,

14:48:05    14    were brought to justice.

14:48:07    15    I'd like to start out by talking a little bit how we

14:48:10    16    got here, and as this Court is aware, this case involves

14:48:17    17    worldwide corruption. In 2004, the tip of the iceberg appeared

14:48:23    18    when it was uncovered that there was a bribery scandal going on

14:48:27    19    at ICE.

14:48:29    20    There was prompt termination of the individuals

14:48:33    21    involved, and there was prompt prosecution of those individuals.

14:48:36    22    It has, indeed, gone on for a long time, but all of those

14:48:42    23    individuals involved in that were brought to justice. There was

14:48:45    24    prompt action by the company to get rid of them, and the

14:48:51    25    allegations of the Justice Department with respect to this nest

| 14:48:55 | 1 | of whatever it calls at ICE, based upon newspaper articles and |
| 14:49:01 | 2 | the comments of criminals who were bribing the people at ICE, |
| 14:49:05 | 3 | is, frankly, false. |
| 14:49:07 | 4 | The evidence before you is the affidavit of |
| 14:49:11 | 5 | Ms. Bajarano and an affidavit from ICE's then president, ICE |
| 14:49:20 | 6 | Costa Rica, Mr. Valverde, who was the individual who was |
| 14:49:24 | 7 | directing the activities for Alcatel in Costa Rica, that said |
| 14:49:27 | 8 | other than the individuals who participated in the bribery |
| 14:49:30 | 9 | scandal at issue at ICE, he knew of no way that anybody else |
| 14:49:35 | 10 | could have known about that. |
| 14:49:37 | 11 | Now, when this scandal came out, Alcatel denied all |
| 14:49:42 | 12 | wrongdoing and filed actions against Edgar Valverde and |
| 14:49:48 | 13 | Christian Sapsizian charging that they were rogue employees and |
| 14:49:53 | 14 | acted alone. |
| 14:49:54 | 15 | They denied any responsibility for what occurred there, |
| 14:49:57 | 16 | saying it was an individual action, which we now know was a |
| 14:50:01 | 17 | worldwide orchestrated program of corruption through this |
| 14:50:04 | 18 | company. |
| 14:50:05 | 19 | In 2006, Christian Sapsizian, who had essentially been |
| 14:50:10 | 20 | a low-level bag man that went around and established contracts |
| 14:50:15 | 21 | with the various, what they called consultants in various |
| 14:50:20 | 22 | countries throughout Latin America, was arrested going through |
| 14:50:27 | 23 | Miami as a material witness.  He quickly became a cooperating |
| 14:50:33 | 24 | witness for the Government, and he laid out all of the facts of |
| 14:50:35 | 25 | what went on, the fraudulent system of documents that were |

14:50:40  1   utilized by Alcatel.  He listed twenty companies that were

14:50:50  2   involved.

14:50:50  3        In 2007, Sapsizian pled guilty to conspiracy and aiding

14:50:53  4   and abetting the Foreign Corrupt Practices Act violations that

14:50:56  5   were violations of Alcatel.

14:50:58  6        At that time he was charged with bribery and also money

14:51:04  7   laundering.  The documentation indicates the countries involved

14:51:10  8   were Chile, Costa Rica, Honduras, Mexico, Brazil and Belize.

14:51:17  9   The primary focus was, of course, Costa Rica and ICE was the

14:51:22  10  company whose directors and employees were bribed, and it's

14:51:25  11  obvious from the allegations in that case, which are very

14:51:30  12  similar to the one that's before you now, that those are the

14:51:34  13  same cases.

14:51:36  14       Indeed, the Government, at that time, indicated that

14:51:40  15  that case was leading to this one, and that Mr. Sapsizian had

14:51:45  16  been the individual who had unburied the bones, essentially, and

14:51:50  17  that they couldn't have handled the case without him.

14:51:52  18       Indeed, when Judge Seitz sentenced him, she indicated

14:51:56  19  because of his cooperation, which is the greatest she had seen

14:52:00  20  in her history on the bench, she also stated that in light of his

14:52:04  21  cooperation, she forgave him on behalf of the people of the United

14:52:11  22  States.

14:52:12  23       The Government acknowledged that he brought down this

14:52:16  24  scheme.  Alcatel had not come forward to that point, and

14:52:22  25  finally, because of the evidence Sapsizian brought forward, they

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:52:26 | 1 | changed their tact and decided that they were now going to |
| 14:52:31 | 2 | cooperate. |
| 14:52:36 | 3 | During the entire period of time of the Sapsizian |
| 14:52:39 | 4 | pleading and process, conviction, sentencing, there was never |
| 14:52:44 | 5 | any notice provided to ICE or anybody with ICE.  It's also |
| 14:52:50 | 6 | important for the Court to know that prior to today, the |
| 14:52:56 | 7 | Government has never reached out to ICE for any information of |
| 14:53:00 | 8 | any kind. |
| 14:53:01 | 9 | We have also filed a letter from the Costa Rican |
| 14:53:04 | 10 | prosecutors that indicated that the Government never asked the |
| 14:53:08 | 11 | Costa Rican prosecutors to provide any information from ICE. |
| 14:53:11 | 12 | So, thus, the Government comes before you and says these are all |
| 14:53:15 | 13 | bad people, but they don't have any evidence of it except the |
| 14:53:18 | 14 | people who have bribed them who are trying to get out from under |
| 14:53:21 | 15 | the gun and saying, well, it was really them. |
| 14:53:23 | 16 | I suggest logic tells us that that's not an |
| 14:53:25 | 17 | unreasonable thing to think someone in that situation would say. |
| 14:53:30 | 18 | At any rate, this was not some rampant thing going on at ICE. |
| 14:53:37 | 19 | Now, Sapsizian was sentenced to 30 months.  He has |
| 14:53:42 | 20 | since been released.  During the course of that proceeding |
| 14:53:48 | 21 | before he was released, I sent letters to Judge Seitz and asked |
| 14:53:53 | 22 | her if we could participate in any further proceedings in that |
| 14:53:56 | 23 | case.  She didn't think there were going to be any. |
| 14:53:59 | 24 | Mr. Sapsizian's lawyer had told me that he believed |
| 14:54:02 | 25 | that the Government was going to file a motion to have him |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:54:05 | 1 | released early based upon his cooperation as soon as this |
| 14:54:08 | 2 | Alcatel case was filed. |
| 14:54:11 | 3 | Having been advised of that, I talked with the |
| 14:54:18 | 4 | Government and asked for information about Mr. Sapsizian, about |
| 14:54:22 | 5 | his release time, things of that nature that a victim is |
| 14:54:26 | 6 | entitled to know.  I was told I could be provided with no |
| 14:54:29 | 7 | information. |
| 14:54:29 | 8 | THE COURT:  Well, that's because you were assuming the |
| 14:54:31 | 9 | fact not in evidence, that you were the victim. |
| 14:54:34 | 10 | MR. WIAND:  Judge, I think that -- |
| 14:54:37 | 11 | THE COURT:  I think you're throwing a lot of stones in |
| 14:54:41 | 12 | Mr. Duross's direction, but if he has acted in what he thinks is |
| 14:54:46 | 13 | the appropriate way under the statute, I don't think it's |
| 14:54:49 | 14 | appropriate for ICE to treat him in that manner. |
| 14:54:54 | 15 | MR. WIAND:  Your Honor, I don't -- I understand that |
| 14:55:00 | 16 | Mr. Duross says that there's been a calculated decision not |
| 14:55:06 | 17 | to -- for some reason that ICE is not a victim. |
| 14:55:10 | 18 | I would submit to the Court that if you read the |
| 14:55:13 | 19 | plethora of case law, that conclusion is very, very hard to |
| 14:55:15 | 20 | reach.  I think, Judge, that there is actually information in |
| 14:55:19 | 21 | the public sector from people at the Department of Justice that |
| 14:55:22 | 22 | indicate why that decision was made and it was not because of |
| 14:55:27 | 23 | the things that the Justice Department -- |
| 14:55:30 | 24 | THE COURT:  Then, what is it? |
| 14:55:31 | 25 | MR. WIAND:  Well -- |

June 1, 2011

14:55:34  1        **THE COURT:**  I've read Mr. Duross's filing, it seems to

14:55:36  2   be -- you know, my decision will be announced in a minute -- but

14:55:42  3   it doesn't seem to be made without thought and analysis of the

14:55:48  4   statute involved.

14:55:49  5        **MR. WIAND:**  Your Honor, if I might, the Department of

14:55:54  6   Justice had in place a policy with respect to dealing with these

14:56:04  7   foreign companies, and that policy was, as indicated by Mark

14:56:13  8   Mendelsohn, the former chief of the Foreign Corrupt Practices

14:56:18  9   Act, that there is grave danger that you're returning money to

14:56:23  10  people that took bribes in the first place.  The last thing one

14:56:28  11  wants to do is to fuel corruption in the name of fighting it.

14:56:39  12       Then William Jackson, his former assistant, states

14:56:45  13  that, we've thought at DOJ from time to time about giving

14:56:49  14  restitution, giving money to some of these governments.  The

14:56:57  15  problem is most -- by definition, you're talking about corrupt

14:57:02  16  governments, so we decided it really wasn't the way to go.

14:57:05  17  Maybe in some FCPA cases it's okay, in others it's not, but as a

14:57:11  18  matter of course DOJ does not do it that way.

14:57:16  19       Judge, I submit to you that's how we got here, was the

14:57:19  20  fact that DOJ doesn't do it that way even though the CVRA says

14:57:24  21  you have to.

14:57:28  22       Now, from 2007 until today, there has been no

14:57:34  23  significant contact from the Department of Justice with ICE to

14:57:41  24  inquire about any substantive matters.  At one point in time

14:57:46  25  Mr. Duross asked me for my views with respect to why we were a

Change of Plea and Sentencing Proceedings

23

| 14:57:50 | 1 | victim.  I provided him a letter that laid out the basic tenets |
| 14:57:54 | 2 | of why I believe we are a victim and I included with that a |
| 14:57:57 | 3 | 50-page brief and 1,300 pages of documents supporting it.  I was |
| 14:58:02 | 4 | told that this didn't have anything to do with the issue. |
| 14:58:08 | 5 | Then we continued to ask the Department of Justice for |
| 14:58:12 | 6 | their position with respect to this issue of why we were not a |
| 14:58:16 | 7 | victim.  On two occasions we submitted letters in that regard. |
| 14:58:20 | 8 | Those letters were not responded to. |
| 14:58:23 | 9 | And then it was not until we filed our petition that we |
| 14:58:29 | 10 | indeed got a response from the Department of Justice as to what |
| 14:58:32 | 11 | their view was on this issue. |
| 14:58:35 | 12 | In that regard, we had previously contacted the |
| 14:58:40 | 13 | Probation Department.  We've contacted others in order to try to |
| 14:58:45 | 14 | get some status in order to be considered a victim so that, |
| 14:58:50 | 15 | pursuant to this statute, we could assert the rights that |
| 14:58:55 | 16 | Congress guaranteed to my clients. |
| 14:59:00 | 17 | Now, it's important that, Judge, that we note that with |
| 14:59:05 | 18 | respect to the inquiries by the Department of Justice or any |
| 14:59:09 | 19 | communication, at no time were we ever asked any questions with |
| 14:59:16 | 20 | respect to what harm ICE had had, nor were we asked what role |
| 14:59:22 | 21 | ICE had in the bribery conduct. |
| 14:59:25 | 22 | So the Department of Justice, pursuant to the Victim |
| 14:59:36 | 23 | Rights Act, has the responsibility to use its best efforts to |
| 14:59:40 | 24 | determine these things and it did not. |
| 14:59:45 | 25 | In all, there have been five individuals -- six |

| | | |
|---|---|---|
| 14:59:50 | 1 | individuals from ICE out of 16,500 employees prosecuted.  These |
| 14:59:56 | 2 | were the people that were revealed to have been involved in this |
| 15:00:00 | 3 | scandal, and these people have been brought to justice. |
| 15:00:04 | 4 | The Justice Department has also suggested that since |
| 15:00:09 | 5 | that time there have been three other individuals, or two other |
| 15:00:13 | 6 | individuals who have been involved in corrupt transactions.  All |
| 15:00:19 | 7 | of those officials are no longer with the company.  They have |
| 15:00:23 | 8 | been terminated and/or prosecuted and on some occasions they |
| 15:00:27 | 9 | have been required to pay back funds to ICE. |
| 15:00:30 | 10 | ICE has had procedures in place throughout this period |
| 15:00:34 | 11 | of time, as indicated in the affidavit of Ms. Bajarano, that |
| 15:00:41 | 12 | advise the employees that any such corrupt conduct was illegal |
| 15:00:45 | 13 | and any incident of that that has been brought up by the |
| 15:00:49 | 14 | Department of Justice, we have demonstrated that it was promptly |
| 15:00:53 | 15 | and thoroughly dealt with. |
| 15:00:54 | 16 | Now, with respect to this matter, my client has |
| 15:01:04 | 17 | suffered significant damage.  The Government has determined that |
| 15:01:09 | 18 | this damage was because of inequality in a bidding process.  We |
| 15:01:15 | 19 | have submitted that information.  We didn't mention that. |
| 15:01:18 | 20 | What we mentioned is that through this process and the |
| 15:01:23 | 21 | bribing of individuals who fostered the acceptance of this |
| 15:01:29 | 22 | contract, and through the bribing of the individuals who |
| 15:01:32 | 23 | monitored and accepted the goods as they came in, that this |
| 15:01:36 | 24 | company did not receive what it bought. |
| 15:01:41 | 25 | And the Court should understand that with respect to |

| | | |
|---|---|---|
| 15:01:43 | 1 | the major purchase, $149 million worth of TSM lines, that this |
| 15:01:49 | 2 | purchase was financed, my client had to pay for it and then it |
| 15:01:53 | 3 | was never delivered because, in part, of this bribery scandal, |
| 15:01:58 | 4 | and we have detailed for the Probation Office how these matters |
| 15:02:04 | 5 | work out, and I think that we have laid them out fairly |
| 15:02:09 | 6 | detailed. |
| 15:02:10 | 7 | Now, it's important to note that after Sapsizian's |
| 15:02:21 | 8 | conviction it was announced in January 2010, not 2011, but in |
| 15:02:27 | 9 | 2010, by Alcatel that it had reached these three plea agreements |
| 15:02:32 | 10 | and the deferred prosecution agreements, and they announced in |
| 15:02:34 | 11 | their disclosure the specified amounts of the fines and what the |
| 15:02:39 | 12 | relief was going to be.  So, this agreement was reached 16 |
| 15:02:44 | 13 | months ago, 17 months ago, and it was not filed until December |
| 15:02:50 | 14 | of this year [sic]. |
| 15:02:56 | 15 | Then, it was not initially moved forward for a couple |
| 15:03:00 | 16 | of months after that, but albeit that was because Judge Seitz |
| 15:03:04 | 17 | had a conflict and it moved from judge to judge and fortunately |
| 15:03:10 | 18 | or unfortunately for you, Judge, it landed here. |
| 15:03:19 | 19 | Now, with respect to the deal that has been struck and |
| 15:03:25 | 20 | the documents that are before the Court, I submit to you that |
| 15:03:31 | 21 | these documents and the agreements under the CVRA are not |
| 15:03:40 | 22 | agreements that can be entered, and we have requested you to |
| 15:03:45 | 23 | reject the deal, to determine that we are a victim, and to |
| 15:03:52 | 24 | enforce at an appropriate time our rights as a victim. |
| 15:03:59 | 25 | With respect to rejecting the deal, we think that you |

| | | |
|---|---|---|
| 15:04:06 | 1 | should consider the following:  You should consider whether it's |
| 15:04:10 | 2 | appropriate for you to accept a deferred prosecution agreement |
| 15:04:14 | 3 | in this case.  You should consider whether or not the agreements |
| 15:04:21 | 4 | are appropriate and whether the penalties are appropriate, which |
| 15:04:25 | 5 | we submit they are not, and we submit that you should consider |
| 15:04:28 | 6 | whether or not there's been a failure to comply with the CVRA |
| 15:04:32 | 7 | and a failure to provide mandatory restitution. |
| 15:04:35 | 8 | Indeed, we agree, Judge, that our view of this |
| 15:04:41 | 9 | transaction is that if it goes forward and it is accepted as an |
| 15:04:49 | 10 | 11(c)(1)(C) plea that there can be no restitution.  I think this |
| 15:04:57 | 11 | was dealt with in such a way that it attempted to avoid this and |
| 15:05:04 | 12 | had it not been for ICE clawing its way into this case, it would |
| 15:05:10 | 13 | have gone forward that way. |
| 15:05:11 | 14 | Now, let's talk about the deferred prosecution |
| 15:05:14 | 15 | agreement.  First, Judge, I think the standards that the Court |
| 15:05:17 | 16 | needs to look to in order to determine whether or not this |
| 15:05:21 | 17 | should be accepted are those that are laid out by the Department |
| 15:05:25 | 18 | of Justice itself in the McNulty Memo. |
| 15:05:29 | 19 | The McNulty Memo lays out a series of considerations |
| 15:05:35 | 20 | that should be considered as to whether or not these should go |
| 15:05:39 | 21 | forward.  Accepting this kind of deal is totally within the |
| 15:05:42 | 22 | discretion of the Court. |
| 15:05:43 | 23 | First, one should look at the nature and seriousness of |
| 15:05:47 | 24 | the offenses.  I submit to you that the nature and seriousness |
| 15:05:49 | 25 | of these are an international, worldwide conspiracy of |

15:05:53    1    corruption that went on for decades.  It is an extremely serious

15:05:56    2    case.

15:05:57    3         Was it persuasive within the corporation?  Judge, the

15:06:01    4    documents and the information that we filed with this Court

15:06:03    5    indicated that there was an entire system of management of these

15:06:07    6    corrupt practices that went through subsidiaries and ended up

15:06:12    7    with an executive of the company in Switzerland who approved and

15:06:17    8    documented all of these contracts in a worldwide coordinated

15:06:21    9    manner.

15:06:22   10         Was there a history of similar conduct?  I think the

15:06:25   11    20-year history of this conduct certainly indicates that there

15:06:28   12    is not much credit there.

15:06:31   13         Timely and voluntary disclosure and cooperation:

15:06:36   14    Alcatel was drug kicking and screaming to justice in this case

15:06:41   15    and repeatedly denied and filed diversionary actions to avoid

15:06:50   16    any recognition of its responsibility in these matters.

15:06:54   17         Have there been any remedial actions?  There have not

15:06:59   18    been.  Alcatel has fought tooth and nail with respect to

15:07:05   19    avoiding any remedial action or any amelioration of its wrongs.

15:07:16   20    I think counsel and the Department reflected that there was a

15:07:21   21    settlement with the Government of Costa Rica and that they paid

15:07:25   22    $10 million.

15:07:27   23         I think, Judge, you need to understand what that was

15:07:29   24    all about.  That was part of the criminal proceeding in Costa

15:07:32   25    Rica where the people of Costa Rica are allowed to seek what's

Change of Plea and Sentencing Proceedings

15:07:37   1    called moral damages.  Companies can seek moral damages, too.

15:07:44   2    Alcatel settled with the Government of Costa Rica for $10

15:07:47   3    million, and part of the agreement was that the Government of

15:07:52   4    Costa Rica acknowledge that there was a lack of wrongdoing on

15:07:55   5    behalf of the Alcatel.

15:07:57   6        A $70 million settlement was proposed to ICE which was

15:08:01   7    rejected because ICE chose not to accept language that indicated

15:08:06   8    that ICE -- I mean that Alcatel had not engaged in any

15:08:08   9    wrongdoing.

15:08:10  10        And any representation of that settlement with the

15:08:14  11    Government of Costa Rica is clearly inaccurate and it is

15:08:18  12    documented in the exhibits we filed and the affidavit of

15:08:22  13    Ms. Bajarano.

15:08:22  14        Now, with respect to the collateral consequences, there

15:08:29  15    appear to be none.  The adequacy of the prosecution of

15:08:34  16    individuals:  Judge, this was a crime that nobody did.  It's

15:08:40  17    solely the corporate entity and primarily subsidiaries are

15:08:45  18    taking the brunt of this.

15:08:47  19        This was an international corrupt organization that ran

15:08:54  20    for 20 years by the evidence before this Court and nobody did

15:08:58  21    it.  The only person who has been brought to justice is

15:09:03  22    Christian Sapsizian, the man who unveiled the evidence and

15:09:09  23    brought this case forward.

15:09:15  24        With respect to the civil regulatory remedies

15:09:19  25    available, I would have to say there are some.  If you add those

| | | |
|---|---|---|
| 15:09:22 | 1 | up -- maybe there's 9 or 10 -- there's only one that in this |
| 15:09:28 | 2 | situation should even get half a consideration of why this |
| 15:09:31 | 3 | should go forward. |
| 15:09:33 | 4 | In addition, Judge, I think it's very important for you |
| 15:09:35 | 5 | to be aware that Alcatel continues to deny responsibility and at |
| 15:09:40 | 6 | the same time it comes before this Court acknowledging its |
| 15:09:44 | 7 | wrongdoing, it has a lawyer in Costa Rica who is standing up and |
| 15:09:47 | 8 | saying the company is blameless, and it was solely the fault of |
| 15:09:53 | 9 | Sapsizian and Valverde with respect to what occurred there. |
| 15:09:58 | 10 | The plea agreements before you, Judge, prove that that |
| 15:10:00 | 11 | is not true and the deferred prosecution agreement specifically |
| 15:10:05 | 12 | provides that Alcatel cannot make those statements, and they are |
| 15:10:09 | 13 | already making them and the ink is hardly dry on the agreements |
| 15:10:16 | 14 | themselves and, Judge, you haven't even put your ink on it. |
| 15:10:19 | 15 | Now -- |
| 15:10:20 | 16 | **THE COURT:**  Anything else, counsel? |
| 15:10:22 | 17 | **MR. WIAND:**  Yes, ma'am. |
| 15:10:24 | 18 | With respect to the penalty that is suggested in these |
| 15:10:26 | 19 | agreements, I submit to you, Judge, that it is inappropriate |
| 15:10:29 | 20 | because, one, it does not include restitution, and it does not |
| 15:10:34 | 21 | reflect the crimes that are involved here. |
| 15:10:36 | 22 | Those crimes would include money laundering, wire |
| 15:10:38 | 23 | fraud, mail fraud, racketeering.  Those crimes have not been |
| 15:10:43 | 24 | mentioned. |
| 15:10:45 | 25 | And further beyond that, Judge, if you look at the |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 15:10:48 | 1 | calculation of the penalty itself in this matter, you would find |
| 15:10:53 | 2 | that it is based upon a 2D1 base level of 6 rather than a base |
| 15:11:00 | 3 | level of 2C1.1 that would indicate a base level of 12. |
| 15:11:06 | 4 | If you then take the Government's numbers with respect |
| 15:11:10 | 5 | to what they say, the offense involved more than one bribe would |
| 15:11:17 | 6 | add 2.  The value of the benefit received was 20 to 50 million. |
| 15:11:23 | 7 | That's based upon what's in the papers.  The offense involved a |
| 15:11:26 | 8 | public -- a high-level official.  That's a plus 4.  You come up |
| 15:11:29 | 9 | to 40. |
| 15:11:30 | 10 | That indicates that the base fine is $72.5 million. |
| 15:11:34 | 11 | You use the Justice Department's and Alcatel's multiplier and |
| 15:11:39 | 12 | you come up with a fine range of $130,500,000 to $261,000,000. |
| 15:11:48 | 13 | Those are calculations that are, I think, clear with respect |
| 15:11:53 | 14 | to the nature of the crime, that being bribery, and the wrong |
| 15:12:02 | 15 | section was applied with respect to these crimes. |
| 15:12:04 | 16 | Further, Judge, I think we need to look at what's being |
| 15:12:09 | 17 | done here.  There is a $92 million fine to be paid. |
| 15:12:16 | 18 | Alcatel-Lucent had revenues of $21.2 million last year.  In the |
| 15:12:19 | 19 | last ten years they had revenues of almost $200 billion. |
| 15:12:26 | 20 | The amount of this fine is extremely low compared to |
| 15:12:30 | 21 | that, especially when it's included -- there's no inclusion of |
| 15:12:34 | 22 | restitution.  If you look at the *Exxon Valdez* cases or the *BP* |
| 15:12:43 | 23 | cases, there fines of similar amounts have not been accepted |
| 15:12:48 | 24 | without significant restitution, and in the *BP* case we all know |
| 15:12:54 | 25 | that's billions. |

15:12:55  1          Now, also this --

15:13:01  2          **THE COURT:**  Counsel, can you begin to sum up, please?

15:13:03  3  I've read the pleadings.

15:13:05  4          **MR. WIAND:**  All right.  I will go more quickly, Judge.

15:13:11  5          With respect to the CVRA, I think that I would like to

15:13:14  6  explain, Judge, that the right to confer that we were denied, I

15:13:18  7  think, is the most important.  We have specified the others, but

15:13:21  8  with respect to conference, that means something other than,

15:13:24  9  "I'm sorry you're not a victim.  I'm not going to talk to you."

15:13:28  10          In that situation how can the Government come before

15:13:31  11  this Court and say that there are no damages or what the nature

15:13:33  12  of the damages are or any of those kind of things that are

15:13:37  13  necessary in order to go forward with the plea when they've

15:13:39  14  never asked?  And they have never asked.

15:13:43  15          Then they come to this position here and they say,

15:13:48  16  "Well, we don't have any information on that, essentially, and

15:13:52  17  therefore there can't be any restitution."  That's not the best

15:13:55  18  efforts for anybody, Judge.  That's a situation where a victim

15:13:59  19  entitled to restitution is not being provided with the rights of

15:14:04  20  the CVRA.

15:14:06  21          We are a victim under the MVRA.  That is someone who is

15:14:12  22  damaged by direct or proximate -- directly or proximately

15:14:21  23  damaged by the conduct and when it involves a scheme as it does

15:14:25  24  here, it's any conduct within that scheme.

15:14:28  25          We have cited a tremendous number of cases to the Court

Change of Plea and Sentencing Proceedings

32

15:14:31  1  with respect to the fact that we should be a victim.  There are

15:14:38  2  but two arguments that have been made.  One of them is that this

15:14:42  3  conviction does not involve property.

15:14:46  4       I don't know how that can really flow, I mean, if we

15:14:49  5  look at property, we've got $18 million in bribes.  We've got

15:14:53  6  $400 million in contracts, and we've got contract rights which

15:14:57  7  are property rights.

15:14:59  8       Further, this case clearly involves fraud and deceit.

15:15:03  9  It involves the making of false books and records.  It involves

15:15:06  10  the bribing of people.  If you look at 1341 and the *Schilling*

15:15:11  11  case that is clearly fraudulent conduct, and under the MVRA,

15:15:17  12  that is clearly conduct that we are entitled to compensation

15:15:22  13  for.

15:15:22  14       The second thing is we are a participant.  I think I've

15:15:26  15  been through that a bit, Judge, and I don't think I need to go

15:15:29  16  through the facts on that, but I think I do need to go through

15:15:32  17  the cases.

15:15:33  18       Note in what's been filed with you, Judge, that the

15:15:34  19  Government has come up with no case -- no case -- that supports

15:15:39  20  their position that someone in ICE's position should not be

15:15:45  21  given victim status and restitution.

15:15:48  22       They cite several cases.  *Lazarenko*.  In *Lazarenko*,

15:15:53  23  where restitution was denied, the individual was named as a

15:16:02  24  coconspirator in the action.  With respect to *Reifler*, it was

15:16:07  25  the same case, they were giving money to nominees of the

| | | |
|---|---|---|
| 15:16:12 | 1 | mobsters who were indicted in the scheme and were indicted and |
| 15:16:15 | 2 | convicted in the case. |
| 15:16:16 | 3 | I submit that if you look at *Ojeikere*, that case is |
| 15:16:19 | 4 | actually very helpful to us.  Then they cite Local 418 which is |
| 15:16:26 | 5 | an NLRB case that indicated that where the individuals who |
| 15:16:31 | 6 | received the bribes were acting with the authority and on behalf |
| 15:16:35 | 7 | of the union, that they could be responsible for it. |
| 15:16:39 | 8 | They didn't cite to you *International Longshoremen v.* |
| 15:16:43 | 9 | *NLRB*, a case that reviewed that, and indicated that you had to |
| 15:16:49 | 10 | have authorized action on behalf of an agent.  You had to have |
| 15:16:53 | 11 | them acting for the benefit of the entity and/or the conduct had |
| 15:16:57 | 12 | to be ratified. |
| 15:16:58 | 13 | It is clear that none of that occurred here, and I |
| 15:17:01 | 14 | suggest to you, Judge, that there is a case called *Kamuvaka* that |
| 15:17:08 | 15 | is cited to the Court that relates to Medicare, which you |
| 15:17:10 | 16 | brought up, in Pennsylvania where the entire office apparently |
| 15:17:14 | 17 | of the City of Philadelphia that was doing this was involved in |
| 15:17:18 | 18 | this scheme, and the Court indicated in that case that because |
| 15:17:23 | 19 | this was a governmental entity, that it was appropriate even if |
| 15:17:28 | 20 | a majority of these people were involved in the scheme that |
| 15:17:30 | 21 | restitution be paid to the City of Philadelphia. |
| 15:17:33 | 22 | So -- and then, finally, Judge, I would like you to |
| 15:17:36 | 23 | look at the *Williams* case, *Williams Gaming* case, which analyzes |
| 15:17:41 | 24 | this agency relationship, and that case clearly indicates that |
| 15:17:45 | 25 | in connection with a situation such as this, where you would |

| | | |
|---|---|---|
| 15:17:49 | 1 | have a few people within a company, a situation as the |
| 15:17:55 | 2 | Government has argued that maybe ICE was negligent in not |
| 15:17:59 | 3 | stopping these people, that if that was the case, that |
| 15:18:03 | 4 | negligence is of no merit, and that they still could not be |
| 15:18:12 | 5 | found liable based upon the unauthorized acts of a few |
| 15:18:15 | 6 | individuals within a corporation. |
| 15:18:18 | 7 | As I said, you know, we presented to the Court evidence |
| 15:18:24 | 8 | here that this was not clearly known throughout ICE.  The |
| 15:18:27 | 9 | Government has submitted some newspaper articles. |
| 15:18:30 | 10 | Since we are a victim, then I want to step to what |
| 15:18:35 | 11 | rights we have.  I talked about the rights in the notice that we |
| 15:18:42 | 12 | are entitled to.  I talked about the rights to confer that are |
| 15:18:47 | 13 | very meaningful rights, and I would suggest to you that one |
| 15:18:51 | 14 | cannot ignore *Dean*, a Fifth Circuit case, that is on point on |
| 15:18:55 | 15 | this issue. |
| 15:18:56 | 16 | None of the cases cited by the Government are on point |
| 15:19:00 | 17 | with respect to this issue and also you'll find that *Dean* is |
| 15:19:06 | 18 | also favorably cited by *Rubin* and -- the *Rubin* case and the *Okun* |
| 15:19:11 | 19 | case that we have provided to you. |
| 15:19:14 | 20 | Now, also under the CVRA, the best efforts on behalf of |
| 15:19:18 | 21 | the Government are required.  I think I've gone through the fact |
| 15:19:21 | 22 | that these best efforts were not exercised by the Government and |
| 15:19:29 | 23 | there was no attempt to gather information with respect to the |
| 15:19:33 | 24 | plight of ICE or with respect to any factual basis upon which |
| 15:19:38 | 25 | the Department made its determination. |

| 15:19:40 | 1 | Coming before this Court without having done that, |
| 15:19:43 | 2 | Judge, does not satisfy the standard of best efforts to look out |
| 15:19:48 | 3 | for victims who are victims of Title 18 crimes.  It's the |
| 15:19:54 | 4 | Government's obligation to use its best efforts to get that |
| 15:19:58 | 5 | information and to communicate with the victims.  That has not |
| 15:20:02 | 6 | occurred in this situation. |
| 15:20:06 | 7 | It is obvious, if you look at the Sapsizian case, if we |
| 15:20:13 | 8 | hadn't started coming before this Court, we would have gotten no |
| 15:20:16 | 9 | notice and we would not be here. |
| 15:20:19 | 10 | Mr. Duross is correct that at a point in time, after we |
| 15:20:23 | 11 | were already getting electronic notices due to the efforts of |
| 15:20:27 | 12 | Judge Seitz, he did agree to provide us notice of hearings and |
| 15:20:32 | 13 | he has done that.  He has also always been polite.  But with |
| 15:20:35 | 14 | respect to giving us any meaningful benefit of the Department of |
| 15:20:39 | 15 | Justice, who has the obligation to investigate these matters and |
| 15:20:43 | 16 | bring them before the Court and prove them to the Court, he's |
| 15:20:45 | 17 | done nothing. |
| 15:20:50 | 18 | Now, the fact that this has failed and the appropriate |
| 15:20:54 | 19 | evidence has not been brought before this Court to resolve this |
| 15:20:57 | 20 | matter, this plea, I submit to you, cannot be entered under the |
| 15:21:01 | 21 | CVRA.  It is inappropriate from the point of view of the |
| 15:21:14 | 22 | computation of the fines.  It is inappropriate with respect to |
| 15:21:18 | 23 | the nature of the actions, and it does not provide any of the |
| 15:21:25 | 24 | remedial appropriate relief that is necessary. |
| 15:21:35 | 25 | Now, two other things that I want to go through |

| | | |
|---|---|---|
| 15:21:37 | 1 | quickly, Judge, and I'll try.  The other reasons they say you |
| 15:21:40 | 2 | can't have restitution, this is too complicated.  Your Honor, |
| 15:21:46 | 3 | those are nice words, but there has to be something behind them. |
| 15:21:51 | 4 | What does complicated mean and what does it mean in the context |
| 15:21:55 | 5 | of this situation? |
| 15:21:55 | 6 | I invite Your Honor's attention to *United States v.* |
| 15:21:59 | 7 | *Cataggio*.  In that case there was $192 million of restitution |
| 15:22:04 | 8 | and 10,000 victims.  The Court found a way to get it done.  In |
| 15:22:09 | 9 | *U.S. v. Cienfuegos*, the complexity of restitution and the |
| 15:22:13 | 10 | availability of more suitable forum is no reason to decline an |
| 15:22:18 | 11 | order for restitution. |
| 15:22:19 | 12 | *United States v. Brennan* is similar and *United States* |
| 15:22:21 | 13 | *v. Mueffelman* had restitution of 326 victims and the Court found |
| 15:22:28 | 14 | that those cases are complex and it could clearly go forward |
| 15:22:32 | 15 | with restitution. |
| 15:22:33 | 16 | Then I submit to you, Your Honor, you should examine |
| 15:22:36 | 17 | *U.S. v. Dolan*, a recent Supreme Court case, wherein the United |
| 15:22:41 | 18 | States Supreme Court reviewed the 90-day time frame with respect |
| 15:22:45 | 19 | to completing restitution.  In that case the United States |
| 15:22:50 | 20 | Supreme Court said that that time frame was not a bar to |
| 15:22:57 | 21 | restitution and that where Courts needed to do so, made a |
| 15:23:02 | 22 | determination restitution was appropriate, they could take the |
| 15:23:05 | 23 | appropriate steps to go forward and make those determinations. |
| 15:23:09 | 24 | Moreover, the procedures in Title 18 that relate to how |
| 15:23:15 | 25 | restitution is going to be determined clearly indicate, where |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 15:23:17 | 1 | matters have some complexity, that they can be referred to a |
| 15:23:21 | 2 | Magistrate or a Master for resolution.  Those are statutory |
| 15:23:26 | 3 | provisions and the obvious purpose of them is that restitution |
| 15:23:32 | 4 | should go forward. |
| 15:23:36 | 5 | Now, with respect to delay in this case is another |
| 15:23:43 | 6 | thing that's been cited why we shouldn't have restitution.  As I |
| 15:23:46 | 7 | said, *Dolan* indicates that's not a reason for doing that and I |
| 15:23:52 | 8 | think *Gamma Tech* is also one that indicates that also. |
| 15:23:58 | 9 | But at any rate, Judge, in this case it's a red |
| 15:24:03 | 10 | herring.  This agreement was reached 16 months ago, and it was |
| 15:24:07 | 11 | not filed with the Court for a 16-month period.  And now it's |
| 15:24:12 | 12 | filed and while nobody's come to ask about the harm, ask about |
| 15:24:17 | 13 | what the information is relating to ICE's participation or |
| 15:24:23 | 14 | nonparticipation in any conduct, now all of a sudden there's a |
| 15:24:27 | 15 | rush and we have to get the plea entered and the sentence done |
| 15:24:33 | 16 | today when the rights relating to victims' rights are clearly |
| 15:24:38 | 17 | being violated. |
| 15:24:42 | 18 | Alcatel has noted and the Government has noted that |
| 15:24:50 | 19 | there have been other litigation and suggested that maybe other |
| 15:24:54 | 20 | litigation would be the appropriate way to resolve this.  I |
| 15:24:57 | 21 | submit to you, Judge, that under 3664(f)(1)(B), the statute |
| 15:25:06 | 22 | specifically says that no other potential source of recovery |
| 15:25:10 | 23 | shall be considered in awarding restitution. |
| 15:25:14 | 24 | There's another provision that said if we recover from |
| 15:25:17 | 25 | some other source, that that can be an offset; but with respect |

Change of Plea and Sentencing Proceedings

38

| | | |
|---|---|---|
| 15:25:24 | 1 | to the restitution to which we're entitled, the law is clear |
| 15:25:31 | 2 | that whatever litigation is going on -- I'm not going to go into |
| 15:25:36 | 3 | depth into that because, you know, it would just take time, but |
| 15:25:39 | 4 | what's been represented to you is not accurate with respect to |
| 15:25:43 | 5 | the litigation. |
| 15:25:44 | 6 | Specifically, the claims for moral damages in Costa |
| 15:25:49 | 7 | Rica were referred to civil court and the action that's been in |
| 15:25:55 | 8 | the United States, there's been no merits determination on it, |
| 15:26:00 | 9 | and we presently have a ruling on forum non conveniens pending |
| 15:26:06 | 10 | in the Court of Appeals.  So, there has been no action of |
| 15:26:09 | 11 | anybody with respect to any of these claims, determining that |
| 15:26:10 | 12 | they are not valid or that damages are not real. |
| 15:26:15 | 13 | So I sort of get down to the end, which I'm sure you're |
| 15:26:18 | 14 | happy about, that this plea and its acceptance and the DPA would |
| 15:26:27 | 15 | be inconsistent with justice as I've outlined.  The penalties |
| 15:26:30 | 16 | are inadequate and wrong.  The victims' rights have not been |
| 15:26:37 | 17 | guaranteed nor has there been any provision or opportunity for |
| 15:26:43 | 18 | restitution if this plea is accepted. |
| 15:26:48 | 19 | And I think that, you know, that last point was one |
| 15:26:52 | 20 | that I was unclear on with respect to the restitution because |
| 15:26:56 | 21 | when we were before the Court the last time, Mr. Duross |
| 15:26:59 | 22 | indicated that he believed that the plea contemplated |
| 15:27:03 | 23 | restitution and Alcatel indicated that it did not. |
| 15:27:08 | 24 | I leave it to the drafters to figure out what the |
| 15:27:11 | 25 | agreement meant, but in one situation, if it does not constitute |

| | | |
|---|---|---|
| 15:27:16 | 1 | and does not envision restitution, it is illegal.  If it does, |
| 15:27:23 | 2 | it's quite clear that Alcatel's position and its understanding |
| 15:27:29 | 3 | of the agreement that it does not include restitution and |
| 15:27:32 | 4 | therefore, since it's an 11(c)(1)(C) plea, it would be a |
| 15:27:37 | 5 | violation of due process to Alcatel if it went forward in its |
| 15:27:41 | 6 | present form and restitution is considered in that plea. |
| 15:27:46 | 7 | Judge, we ask for the following:  We ask that the plea |
| 15:27:49 | 8 | be rejected.  We ask that you find that we are a victim.  We ask |
| 15:27:55 | 9 | that the Justice Department be ordered to use its best efforts |
| 15:28:02 | 10 | to attempt to gather information relating to harm and victim |
| 15:28:07 | 11 | status and that we be able to present evidence of the harm |
| 15:28:13 | 12 | directly to the Court or the determiner without the intervention |
| 15:28:18 | 13 | of the Department of Justice. |
| 15:28:20 | 14 | We believe that an award of restitution is clearly |
| 15:28:23 | 15 | appropriate, and based on all those things, Judge, we would ask |
| 15:28:27 | 16 | you to reject the plea as it is presented because it does not |
| 15:28:32 | 17 | meet the appropriate standards as I have outlined. |
| 15:28:35 | 18 | THE COURT:  Thank you, sir. |
| 15:28:36 | 19 | MR. WIAND:  Thank you very much for your time. |
| 15:28:38 | 20 | THE COURT:  Counsel, I'm going to ask that you all |
| 15:28:40 | 21 | remain seated.  I had a three o'clock calendar call, and I'm |
| 15:28:43 | 22 | going to take care of those matters now. |
| | 23 | Ivan. |
| | 24 | [There was a recess while the Court considered other matters |
| | 25 | judicial.] |

**AFTER RECESS**

1

2    [Proceedings in this cause resume at 4:19 p.m.]

16:19:36    3        **THE COURT:**  All right.  We're back on the record in

16:19:38    4    United States v. Alcatel, et al.

16:19:41    5        Mr. Duross, can you give just a brief comment on the

16:19:43    6    remarks from counsel for ICE, please?  And then I can proceed

16:19:48    7    with my rulings on this matter and if I have any more questions.

16:19:52    8        The basic issue seems to be:  You said they're not a

16:19:56    9    victim.  You've treated them sort of in a quasi-victim way.

16:20:01    10    They disagree that maybe you haven't and that, essentially,

16:20:05    11    you've made a bad policy decision, judgment call, and it's

16:20:10    12    against the great weight of the legal evidence.  That's how I

16:20:12    13    would sum it up.

16:20:13    14        So, if you can respond because I think, unless they're

16:20:16    15    a victim, nothing else -- I confer that status, nothing else

16:20:20    16    matters.

16:20:20    17        **MR. DUROSS:**  Correct, Your Honor.

16:20:25    18        In terms of our argument in a nutshell, we don't think

16:20:28    19    they're a victim, but even if they are a victim, they've

16:20:30    20    actually received all the rights under the current Victim Rights

16:20:33    21    Act, and because of that, regardless of their status, the Court

16:20:37    22    doesn't need to actually make that decision and say, "Oh, you're

16:20:41    23    a victim or you're not a victim.  Just say regardless of whether

16:20:44    24    you're a victim or not" --

16:20:45    25        **THE COURT:**  Well, I think the victim confers at least

| | | |
|---|---|---|
| 16:20:49 | 1 | one very special right, and that's the right that counsel seems |
| 16:20:52 | 2 | to be most concerned about, and that's the right to restitution. |
| 16:20:55 | 3 | Their argument against your complexity, no specificity, |
| 16:21:00 | 4 | is, "Your Honor, there's no reason to rush."  I mean, I know |
| 16:21:03 | 5 | we've done this before, but until recently, we all thought that |
| 16:21:07 | 6 | you had only 90 days to determine what the restitution amount |
| 16:21:10 | 7 | is. |
| 16:21:10 | 8 | The Supreme Court has sort of given us a little time |
| 16:21:15 | 9 | leeway, so we would now have time to calculate these complex |
| 16:21:19 | 10 | restitution damages. |
| 16:21:21 | 11 | **MR. DUROSS:**  True, though whether or not the 90-day -- |
| 16:21:25 | 12 | the fact that the 90 days is not jurisdictional in nature |
| 16:21:28 | 13 | doesn't mean that the complexity prong of both the Mandatory |
| 16:21:31 | 14 | Victim Restitution Act and the Victim Witness Protection Act, |
| 16:21:36 | 15 | either one of those, isn't still at play and something that the |
| 16:21:39 | 16 | Court should make a decision on. |
| 16:21:41 | 17 | So let me take one step back and just say in terms of |
| 16:21:45 | 18 | their rights under the Crime Victim Rights Act, when it comes to |
| 16:21:48 | 19 | restitution, it actually says their right to restitution as |
| 16:21:53 | 20 | provided in law, and so it's not a right to just restitution. |
| 16:21:57 | 21 | You could be a crime victim and not entitled to |
| 16:22:00 | 22 | restitution, even if you thought you were entitled to it, |
| 16:22:04 | 23 | because what happens is this Court is required to make a |
| 16:22:11 | 24 | finding, specific findings of fact, to say this is what your |
| 16:22:14 | 25 | actual loss is.  And if the Court can't do that or the process |

| | | |
|---|---|---|
| 16:22:18 | 1 | by which the Court would try to reach that would be so complex |
| 16:22:22 | 2 | and cumbersome the Court need not do that. |
| 16:22:25 | 3 | So, even under the Crime Victim Rights Act, regardless |
| 16:22:29 | 4 | of whether they're a victim, regardless, they have had all of |
| 16:22:33 | 5 | their rights met is our position in our brief and, I think, |
| 16:22:37 | 6 | borne out by the facts, Your Honor. |
| 16:22:40 | 7 | If I could address a couple of issues quickly because I |
| 16:22:45 | 8 | think there are a few things that need to be corrected on the |
| 16:22:49 | 9 | record.  First, there's apparently some letter in Spanish that |
| 16:22:52 | 10 | was submitted in a reply brief last Friday by ICE, from the |
| 16:22:58 | 11 | Attorney General's Office that they say we never asked for |
| 16:23:01 | 12 | anything from Costa Rica concerning ICE. |
| 16:23:06 | 13 | I imagine that the person at the Attorney General's |
| 16:23:09 | 14 | Office that was responding to that wasn't aware of a March 20, |
| 16:23:12 | 15 | 2007 MLAT request sent by our Office of International Affairs |
| 16:23:17 | 16 | which is obviously not a public document.  It's not something |
| 16:23:21 | 17 | that we share as part of our internal investigation, but I'm |
| 16:23:24 | 18 | happy to share it with the Court in camera and ex parte, but it |
| 16:23:28 | 19 | specifically makes record requests regarding ICE, including the |
| 16:23:34 | 20 | Board of Directors. |
| 16:23:34 | 21 | So, I think they're just simply mistaken when they |
| 16:23:37 | 22 | suggest that we didn't ask for those records.  And we did, by |
| 16:23:41 | 23 | the way, receive significant amounts of records, Your Honor. |
| 16:23:45 | 24 | The issue about supposedly the 16-month delay, ICE has |
| 16:23:51 | 25 | repeated that a number of times, both in their briefs and |

Change of Plea and Sentencing Proceedings

43

| | | |
|---|---|---|
| 16:23:54 | 1 | earlier today, and I think it's important to understand:  There |
| 16:23:56 | 2 | is a significant distinction between the public filing by a |
| 16:24:02 | 3 | publicly traded company that they've reached an agreement in |
| 16:24:06 | 4 | principle and therefore a material event has occurred by which |
| 16:24:08 | 5 | they feel obligated under securities regulations to make a |
| 16:24:12 | 6 | disclosure regarding an agreement in principle and that |
| 16:24:15 | 7 | agreement actually being completed. |
| 16:24:18 | 8 | I can tell the Court it wasn't as though -- it was not |
| 16:24:22 | 9 | the case, not just though.  It was not the case that there was |
| 16:24:26 | 10 | an inked deal that everybody had sitting in front of them and |
| 16:24:29 | 11 | they sat on it for however many months, you know, twelve months |
| 16:24:34 | 12 | and then filed it at the end of December.  Not true. |
| 16:24:36 | 13 | There were a lot of negotiations.  As the Court, I'm |
| 16:24:38 | 14 | sure, is well aware, the devil is in the details, and there were |
| 16:24:42 | 15 | significant, hard-fought negotiations going on throughout last |
| 16:24:46 | 16 | year.  In fact, one of the significant events that the Court |
| 16:24:49 | 17 | should be aware of and we cite in our plea agreement, something |
| 16:24:53 | 18 | we're quite proud of, is that we've arranged for an independent |
| 16:24:57 | 19 | corporate monitor for the company. |
| 16:24:59 | 20 | This is French company, Your Honor, and there's only |
| 16:25:02 | 21 | been one other situation in which an independent corporate |
| 16:25:06 | 22 | monitor -- essentially like a corporate probation officer if you |
| 16:25:09 | 23 | will -- has been assigned to a French company, and there are |
| 16:25:14 | 24 | very significant issues with regard to what's known as the |
| 16:25:18 | 25 | blocking statute in France. |

| | | |
|---|---|---|
| 16:25:20 | 1 | It prohibits the sharing of economic data outside of |
| 16:25:22 | 2 | the Country of France, and there were significant concerns on |
| 16:25:26 | 3 | the part of Alcatel-Lucent that if they were to have an |
| 16:25:32 | 4 | independent corporate monitor reporting to the Department of |
| 16:25:35 | 5 | Justice and the Securities and Exchange Commission, there could |
| 16:25:39 | 6 | be an interpretation that that monitorship was in violation of |
| 16:25:42 | 7 | French law. |
| 16:25:43 | 8 | So you can just imagine sort of going out of the frying |
| 16:25:46 | 9 | pan into the fire.  They're trying to resolve criminal matters |
| 16:25:49 | 10 | in the United States only to find themselves on the other side |
| 16:25:51 | 11 | of a criminal investigation in France.  That was a serious |
| 16:25:55 | 12 | issue.  It was not one taken lightly. |
| 16:25:58 | 13 | There were negotiations with a variety of different |
| 16:26:02 | 14 | French agencies in France throughout 2010, that ultimately led |
| 16:26:08 | 15 | to a high-level meeting in October 2010, between the Ministry of |
| 16:26:13 | 16 | Justice and Department of Justice officials, and it wasn't until |
| 16:26:17 | 17 | December 2010, that I was able to meet with the French |
| 16:26:21 | 18 | Magistrate Judge designated to act as an intermediary for the |
| 16:26:25 | 19 | corporate monitor in Paris to discuss with him how the process |
| 16:26:29 | 20 | was going to work. |
| 16:26:30 | 21 | It was once that was completed, Your Honor, that we |
| 16:26:32 | 22 | filed these papers in December 2010. |
| 16:26:35 | 23 | THE COURT:  What about the argument that somehow the |
| 16:26:36 | 24 | defendants haven't owned up to responsibility in another |
| 16:26:42 | 25 | jurisdiction which would already put them in violation of a |

16:26:45  1  negotiated plea here?

16:26:46  2       **MR. DUROSS:**  Your Honor, the citation that they're

16:26:49  3  actually talking to is not actually the plea agreement; it's the

16:26:51  4  deferred prosecution agreement.

16:26:52  5       I don't know that they actually have standing to raise

16:26:54  6  the issue, but I think -- since the Court's asking, I think it's

16:26:56  7  an important one to address, which is our deferred prosecution

16:26:59  8  agreement has as one of the provisions that the company cannot

16:27:03  9  take a factual position different than that which they are

16:27:08  10  agreeing to as part of the deferred prosecution agreement.

16:27:10  11       The reason why that's really important, Your Honor, is

16:27:12  12  you could see, sort of Day 1, the corporation agrees to a series

16:27:15  13  of facts and, Day 2, they're out there issuing press releases

16:27:19  14  saying that they were innocent, and it would cause us a great

16:27:22  15  deal of issue with whether or not they're accepting

16:27:26  16  responsibility, et cetera, so there's this provision that

16:27:28  17  exists.

16:27:29  18       The provision, however, Your Honor, within the deferred

16:27:32  19  prosecution agreement, does permit the company and its duly

16:27:37  20  authorized representatives to make legal arguments in cases, for

16:27:41  21  example, whether the statute of limitations applies, whether a

16:27:47  22  company is as a technical matter guilty or liable or what have

16:27:51  23  you, but they can't contest the facts.

16:27:54  24       It is my understanding, at least from the response from

16:27:57  25  Alcatel-Lucent -- obviously, I'm not a party to the litigation

| | | |
|---|---|---|
| 16:27:59 | 1 | that's going on in Costa Rica -- was that the arguments that |
| 16:28:02 | 2 | were made were in the context of that. |
| 16:28:05 | 3 | I am evaluating that.  If for some reason that turns |
| 16:28:09 | 4 | out to be they are making inconsistent statements, then it could |
| 16:28:14 | 5 | be deemed to be a violation of the deferred prosecution |
| 16:28:16 | 6 | agreement and we would have to deal with it at that point and |
| 16:28:19 | 7 | decide whether it mandated -- you know, qualified as a breach |
| 16:28:23 | 8 | and whether or not the prosecution would, in fact, be deferred |
| 16:28:27 | 9 | after that. |
| 16:28:29 | 10 | There are just a couple of other issues, Your Honor. |
| 16:28:31 | 11 | The remediation, ICE says that there's been none by the company. |
| 16:28:37 | 12 | I don't know how they would know that one way or the other. |
| 16:28:39 | 13 | We've been the recipient of a number of presentations by the |
| 16:28:41 | 14 | company on their remediation efforts.  It has been substantial. |
| 16:28:45 | 15 | We, in fact, laid that out in our brief.  I don't know |
| 16:28:48 | 16 | that I need to go into a great deal of detail about that; |
| 16:28:50 | 17 | however, I will say that the company is a different company |
| 16:28:53 | 18 | today and I don't say that lightly. |
| 16:28:55 | 19 | We're the ones that were actually, you know, pursuing |
| 16:28:58 | 20 | this investigation fairly aggressively.  The company merged in |
| 16:29:02 | 21 | late 2006, so it really is literally a different company in many |
| 16:29:06 | 22 | respects and has new management, a new code of conduct and |
| 16:29:11 | 23 | compliance program and internal controls, so it is different and |
| 16:29:14 | 24 | we've laid that out. |
| 16:29:17 | 25 | Just a couple of other things.  Racketeering charges, |

| | | |
|---|---|---|
| 16:29:21 | 1 | the FCPA can't be a predicate act.  No one held accountable?  We |
| 16:29:25 | 2 | have charged two people here from Alcatel.  One person was |
| 16:29:29 | 3 | charged in Costa Rica, and nobody has been charged in France. |
| 16:29:33 | 4 | We have jurisdictional limitations.  This is a French |
| 16:29:37 | 5 | company paying bribes in Costa Rica.  We can't just charge |
| 16:29:40 | 6 | anybody.  I know people may think that we think that, but there |
| 16:29:44 | 7 | are requirements for, you know, instrumentalities of interstate |
| 16:29:48 | 8 | commerce, conduct occurring within the United States. |
| 16:29:51 | 9 | There are a whole series of different things and so |
| 16:29:53 | 10 | whether or not the Department of Justice decides that it has the |
| 16:29:59 | 11 | jurisdiction to charge, I think, a French national working in |
| 16:30:05 | 12 | Switzerland for a French company paying bribes in Costa Rica is |
| 16:30:09 | 13 | a complex matter, and I think it's giving short shrift by ICE's |
| 16:30:12 | 14 | counsel that just suggests we just let everybody go. |
| 16:30:15 | 15 | When ICE's counsel was walking through the McNulty |
| 16:30:18 | 16 | Memo, which, by the way, is no longer the operative memo for the |
| 16:30:22 | 17 | principles of federal prosecution of business organizations, I |
| 16:30:25 | 18 | kept thinking how is this all applied to ICE, pervasiveness, how |
| 16:30:30 | 19 | long it lasted, you know, who was held accountable as he walked |
| 16:30:34 | 20 | through those, and I think it was not lost on me. |
| 16:30:36 | 21 | In terms of legal analysis, I do need to point this |
| 16:30:39 | 22 | out.  ICE's counsel suggests that they provided me 1,300 pages |
| 16:30:44 | 23 | worth of analysis on their victim status.  No, that's not |
| 16:30:49 | 24 | actually what happened. |
| 16:30:50 | 25 | He sent to me a copy of a pleading for their state |

16:30:53    1    court case, their state court RICO Florida case against Alcatel,
16:30:57    2    in which they were fighting the forum non conveniens motion
16:31:01    3    between Alcatel which they ultimately lost.
16:31:04    4           It had nothing to do -- it had nothing to do with the
16:31:08    5    Crime Victim Rights Act.  It wasn't cited.  They didn't have
16:31:12    6    cases about it.  They didn't talk about the Mandatory Victim
16:31:17    7    Restitution Act, the Victim Witness Protection Act.  They didn't
16:31:21    8    talk about any of that.
16:31:22    9           He sent me something that they had in another case and
16:31:26   10    so, again, there are sort of a series of different things -- I'm
16:31:28   11    not going to walk through them all -- that I don't think
16:31:31   12    accurately reflect what's going on.
16:31:34   13           What I do think it shows, however, Your Honor, is this
16:31:36   14    is a massive commercial dispute between two sophisticated
16:31:40   15    entities:  Alcatel on the one hand and ICE on the other.  It
16:31:44   16    concerns the providing of goods and services between a French
16:31:50   17    company operating in Costa Rica and a Costa Rican company buying
16:31:54   18    those services.
16:31:54   19           I don't know, and I don't know that the Court would
16:31:57   20    know even after a full-blown trial lasting a year with more than
16:32:01   21    60 witnesses and all kinds of highly technical documents in
16:32:05   22    Spanish, whether someone provided a network that was suitable,
16:32:09   23    whether someone provided services that were appropriate, and I
16:32:14   24    don't honestly know, Your Honor, what that has to do with the
16:32:18   25    bribery allegations in this case.

Change of Plea and Sentencing Proceedings

49

| 16:32:22 | 1 | The bribes were to get the contract.  How they |
| 16:32:25 | 2 | performed on those contracts, our case doesn't go there and |
| 16:32:28 | 3 | that's why we talked about some of those Eleventh Circuit cases |
| 16:32:31 | 4 | talking about that the restitution needs to be for the crime of |
| 16:32:36 | 5 | conviction, not just for anything tangentially related. |
| 16:32:39 | 6 | So, Your Honor, in terms of what needs to get resolved, |
| 16:32:46 | 7 | first, the Government would request that the Court accept the |
| 16:32:50 | 8 | three guilty pleas. |
| 16:32:51 | 9 | We believe and I think that the record has shown that |
| 16:32:55 | 10 | these three guilty pleas are substantial.  They do do justice. |
| 16:32:59 | 11 | They promote respect for the law.  They provide deterrence.  A |
| 16:33:05 | 12 | $92 million fine in our case, plus $45 million in disgorgement |
| 16:33:13 | 13 | to the SEC, already paid, and $2 million paid to the Republic of |
| 16:33:19 | 14 | Costa Rica for reparations, already paid. |
| 16:33:23 | 15 | So we're talking about a $147 million resolution.  It |
| 16:33:28 | 16 | is one of the largest resolutions in the history of the Foreign |
| 16:33:34 | 17 | Corrupt Practices Act in its existence for more than about 33 |
| 16:33:37 | 18 | years. |
| 16:33:38 | 19 | It's a substantial case, and this is a substantial |
| 16:33:44 | 20 | resolution.  It includes an enhanced compliance program and the |
| 16:33:47 | 21 | required retention of an independent corporate monitor. |
| 16:33:50 | 22 | For those reasons, Your Honor, we would respectfully |
| 16:33:54 | 23 | request that the Court accept these three guilty pleas pursuant |
| 16:33:59 | 24 | to 11(c)(4). |
| 16:34:03 | 25 | Second, we would ask the Court delay the period during |

| | | |
|---|---|---|
| 16:34:06 | 1 | which the prosecution is deferred -- I'm sorry, order that the |
| 16:34:11 | 2 | period of delay during which the prosecution is deferred by the |
| 16:34:14 | 3 | Department of Justice under the written deferred prosecution |
| 16:34:17 | 4 | agreement with defendant Alcatel-Lucent for the purpose of |
| 16:34:20 | 5 | allowing defendant Alcatel-Lucent to demonstrate its good |
| 16:34:24 | 6 | conduct be excluded in computing the time within which the trial |
| 16:34:29 | 7 | of the events as charged in the Information must begin under |
| 16:34:32 | 8 | Title 18 United States Code § 3161(h)(2). |
| 16:34:38 | 9 | Lastly, Your Honor, we would ask respectfully that the |
| 16:34:41 | 10 | Court deny ICE's petition to victim status, both because they |
| 16:34:46 | 11 | are not a victim and because to the extent that they are a |
| 16:34:50 | 12 | victim, their rights have been -- have been, Your Honor -- |
| 16:34:53 | 13 | afforded them under the Crime Victims Rights Act of 18 USC 3771. |
| 16:35:00 | 14 | Finally, Your Honor, the Government requests |
| 16:35:02 | 15 | respectfully that ICE's petition for restitution be denied: |
| 16:35:07 | 16 | 1.  Because it's entirely speculative, and; |
| 16:35:10 | 17 | 2.  It's vastly overly complex and would unduly delay |
| 16:35:15 | 18 | the sentencing process that we already described and shown |
| 16:35:18 | 19 | the Court with everything already to date. |
| 16:35:21 | 20 | The last thing I want to just point out, Your Honor, is |
| 16:35:24 | 21 | the restitution statute, there's a disagreement about which is |
| 16:35:29 | 22 | the right one to apply here.  There's the Mandatory Victim |
| 16:35:31 | 23 | Restitution Act which Mr. Wiand was referring to, and there's |
| 16:35:36 | 24 | actually something known as the Victim Witness Protection Act. |
| 16:35:40 | 25 | Mandatory is mandatory.  The other one is discretionary |

| 16:35:45 | 1 | which depends on -- the Court would be required to evaluate the |
| 16:35:48 | 2 | defendant's ability to pay.  It's -- quite candidly, Your Honor, |
| 16:35:53 | 3 | it's an open issue.  The Eleventh Circuit has not reached a |
| 16:35:55 | 4 | decision as to whether the MVRA versus the VWPA applies in the |
| 16:36:01 | 5 | bribery context.  It's had a couple of opportunities to address |
| 16:36:04 | 6 | it and has chosen not to, so it's not necessarily an easy |
| 16:36:08 | 7 | question one way or the other. |
| 16:36:11 | 8 | What I would say is that because both of those |
| 16:36:14 | 9 | statutes, both of them, have the same provisions regarding the |
| 16:36:21 | 10 | witness standard and the complexity prong, whether it be under |
| 16:36:26 | 11 | the MVRA or the VWPA, this Court should deny the petition for |
| 16:36:32 | 12 | restitution because determining the complex issues of fact |
| 16:36:36 | 13 | related to ICE's claimed losses would complicate and prolong the |
| 16:36:40 | 14 | sentencing process to a degree that the need to provide |
| 16:36:43 | 15 | restitution to ICE, assuming arguendo that ICE is a victim and |
| 16:36:47 | 16 | was able to prove the loss, is outweighed by the burden on the |
| 16:36:52 | 17 | sentencing process. |
| 16:36:52 | 18 | **THE COURT:**  Thank you. |
| 16:36:54 | 19 | I think there's really only one issue that I have to |
| 16:36:57 | 20 | determine and all else -- I think I've heard from everyone, |
| 16:37:00 | 21 | counsel; I've had pleadings and arguments -- I think there's |
| 16:37:03 | 22 | only one issue that I need to determine and all else flows from |
| 16:37:06 | 23 | there, and that's whether or not ICE, ICE, whatever would be the |
| 16:37:11 | 24 | way of pronouncing the acronym, would be a victim here.  I don't |
| 16:37:15 | 25 | think it is, and I will say why, and I think most of it has been |

16:37:20   1    outlined by counsel for the United States but I am going to go

16:37:24   2    through it.

16:37:25   3            First and foremost, I think that victim offender status

16:37:32   4    here is so closely intertwined that to try to figure out the

16:37:36   5    behavior of who was the victim and who was the offender would be

16:37:41   6    difficult.

16:37:42   7            Secondly -- excuse me just a second, counsel -- also I

16:38:05   8    think that given the nature of the corporate conduct in this

16:38:09   9    area, it seems, based upon the findings and the things that have

16:38:12   10   been filed in this case, that the behavior of the victim and the

16:38:18   11   behavior of the quote-unquote victim and the behavior of the

16:38:22   12   defendant here are closely intertwined.  I see that from the

16:38:27   13   pervasiveness of the illegal activity, the constancy of the

16:38:34   14   illegally activity and the consistency over a period of years.

16:38:38   15           I think you have, even though not a charged conspirator

16:38:41   16   coconspirator relationship, that's essentially what went on

16:38:45   17   here; that given the high-placed nature of the criminal conduct

16:38:49   18   within the organization, the number of people involved, that

16:38:54   19   basically it was "Bribery Is Us," meaning that everybody was

16:39:00   20   involved in it.  Even though you didn't know specifically, it's

16:39:03   21   enough to say that the principals were involved here.

16:39:09   22           In saying that, I have to say that despite the

16:39:14   23   representation of ICE, I think even though the Government was

16:39:18   24   not obliged to, it treated them with appropriate informational

16:39:23   25   respect in regard to this case and what they should know.

| | | |
|---|---|---|
| 16:39:27 | 1 | Because I find that ICE is not a victim, I don't necessarily |
| 16:39:33 | 2 | need to reach the issue of restitution, but I will because I |
| 16:39:37 | 3 | think it's important to put a nail in this coffin. |
| 16:39:43 | 4 | Merely because damages exist, what would be considered |
| 16:39:47 | 5 | restitution, does not mean that restitution flows from it. |
| 16:39:51 | 6 | Given what has gone on in other jurisdictions, the ability for |
| 16:39:57 | 7 | this Court to accurately, within a reasonable amount of time, |
| 16:40:01 | 8 | and by that I don't mean lengthy months of hearings as to what |
| 16:40:08 | 9 | the damages would be, in which country, how would they flow, how |
| 16:40:11 | 10 | would the Court ascertain that, and I don't think that this is |
| 16:40:16 | 11 | the kind of case, even though the Foreign Corrupt Practices Act |
| 16:40:22 | 12 | might allow it in other cases for which restitution can be |
| 16:40:25 | 13 | allowed, there's no victim that was damaged here in the sense |
| 16:40:27 | 14 | that something needs to be restored or made whole. |
| 16:40:30 | 15 | So for that reason, ICE's petition to be treated for |
| 16:40:35 | 16 | victim status and to be awarded restitution in this matter is |
| 16:40:38 | 17 | denied. |
| 16:40:39 | 18 | Counsel for the United States, are you prepared to |
| 16:40:41 | 19 | proceed with the guilty plea in this matter? |
| 16:40:43 | 20 | **MR. DUROSS:**  We are, Your Honor. |
| 16:40:44 | 21 | **THE COURT:**  Counsel for Alcatel, are you prepared to |
| 16:40:47 | 22 | proceed in this matter? |
| 16:40:48 | 23 | **MR. WEINSTEIN:**  With pleasure, Your Honor. |
| 16:40:49 | 24 | **THE COURT:**  And who will be taking the oath on behalf |
| 16:40:51 | 25 | of all three entities, Alcatel-Lucent Trade International, |

| | | |
|---|---|---|
| 16:40:58 | 1 | Alcatel-Lucent France and Alcatel-Lucent CentroAmerica? |
| 16:41:00 | 2 | **MR. WEINSTEIN:**  Your Honor, may I present the General |
| 16:41:02 | 3 | Counsel of Alcatel-Lucent, Mr. Stephen R. Reynolds. |
| 16:41:04 | 4 | **THE COURT:**  I'd ask the clerk to please swear |
| 16:41:06 | 5 | Mr. Reynolds. |
| | 6 | [The witness was duly sworn by Mr. Marchena.] |
| 16:41:14 | 7 | **MR. MARCHENA:**  Please state your full name and spell |
| 16:41:15 | 8 | your last name for the record. |
| 16:41:17 | 9 | **THE WITNESS:**  Stephen R. Reynolds, R-e-y-n-o-l-d-s. |
| | 10 | **BY THE COURT:** |
| 16:41:22 | 11 | Q.  Sir, where were you born? |
| 16:41:23 | 12 | A.  I was born in Orange, New Jersey, Your Honor. |
| 16:41:26 | 13 | Q.  How old are you? |
| 16:41:27 | 14 | A.  I am 52 years old. |
| 16:41:27 | 15 | Q.  How far did you go in school? |
| 16:41:29 | 16 | A.  I went to undergraduate in Princeton, New Jersey and I went |
| 16:41:33 | 17 | to Fordham Law School.  I graduated with a J.D. in 1983. |
| 16:41:37 | 18 | Q.  And are you a citizen of the United States? |
| 16:41:38 | 19 | A.  I am, Your Honor. |
| 16:41:40 | 20 | Q.  Sir, have you had any drugs or alcohol prior to coming to |
| 16:41:42 | 21 | this hearing today? |
| 16:41:43 | 22 | A.  I have not, Your Honor. |
| 16:41:44 | 23 | Q.  Have you ever been treated for a drug or alcohol addiction? |
| 16:41:47 | 24 | A.  I have not, Your Honor. |
| 16:41:48 | 25 | Q.  Have you had an opportunity to confer with your counsel in |

16:41:52 1 order to authorize the guilty plea on behalf of the three

16:41:55 2 corporations that I named before?

16:41:57 3 A. Yes, I have.

16:41:57 4      **THE COURT:** And I suppose I should ask: Counsel, has

16:42:01 5 he been given authorization by the appropriate Boards of

16:42:04 6 Directors to enter guilty pleas on behalf of these three

16:42:08 7 entities?

16:42:09 8      **MR. WEINSTEIN:** Yes, he has, Your Honor.

16:42:12 9 **BY THE COURT:**

16:42:12 10 Q. Now, sir, have you had, on behalf of the corporate entities,

16:42:15 11 a chance to review the Informations filed in this case?

16:42:18 12 A. I have, Your Honor.

16:42:18 13 Q. And have you fully discussed these Informations with your

16:42:22 14 attorney, including possible defenses, if your corporate

16:42:25 15 entities had decided to go to trial?

16:42:28 16 A. Yes, I have, Your Honor.

16:42:29 17 Q. And after discussing this with your counsel, it is your wish

16:42:32 18 on behalf of your corporations to enter guilty pleas in this

16:42:36 19 matter?

16:42:37 20 A. It is, Your Honor.

16:42:38 21      **THE COURT:** Counsel for the United States, what are the

16:42:42 22 counts of the various Informations? We are kind of doing this

16:42:45 23 jointly for all three entities.

16:42:48 24      **MR. DUROSS:** Yes, Your Honor. Each of the three

16:42:52 25 criminal Informations charges a single conspiracy count, so

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 16:42:56 | 1 | there is a single count for each Information, and it charges a |
| 16:42:59 | 2 | conspiracy count with three objects.  Those three objects are to |
| 16:43:02 | 3 | violate the antibribery provisions of the Foreign Corrupt |
| 16:43:05 | 4 | Practices Act, to violate the books and records provisions of |
| 16:43:11 | 5 | the FCPA, as well as the internal controls, to circumvent the |
| 16:43:15 | 6 | internal controls provision of the FCPA. |
| 16:43:19 | 7 | THE COURT:  Those are criminal Case Numbers 20906 and |
| 16:43:21 | 8 | 20907, correct? |
| 16:43:25 | 9 | MR. DUROSS:  I'm sorry, Your Honor, my mistake.  There |
| 16:43:28 | 10 | are two cases.  One Information for the three subsidiaries |
| 16:43:32 | 11 | charges a single conspiracy to violate the FCPA and those three |
| 16:43:37 | 12 | objects I was just discussing and that is 20906. |
| 16:43:40 | 13 | There is a second criminal Information, and that is |
| 16:43:42 | 14 | against the parent corporation, and that is a two-count charge |
| 16:43:47 | 15 | for substantive violations of the internal controls provisions |
| 16:43:51 | 16 | as well as the books and records provisions. |
| 16:43:53 | 17 | MR. WEINSTEIN:  Your Honor, the 06 incorporates the |
| 16:43:58 | 18 | three subsidiaries for which there is each one count. |
| 16:44:04 | 19 | THE COURT:  And 907? |
| 16:44:08 | 20 | MR. WEINSTEIN:  That is the deferred prosecution |
| 16:44:09 | 21 | agreement which is deferred as of today, so that is against the |
| 16:44:13 | 22 | parent.  This is not the subject of the Rule 11 colloquy right |
| 16:44:16 | 23 | now. |
| 16:44:17 | 24 | THE COURT:  Okay.  I just need to make sure. |
| 16:44:18 | 25 | MR. DUROSS:  I'm sorry.  I just want to make sure that |

| | | |
|---|---|---|
| 16:44:19 | 1 | we are all speaking about the same thing.  There is a single |
| 16:44:22 | 2 | Information in 20906.  It charges three corporate subsidiaries |
| 16:44:28 | 3 | with a single count.  They all conspired. |
| 16:44:30 | 4 | Just so it is clear, they each played a role in the |
| 16:44:33 | 5 | conspiracy so each corporate subsidiary is charged in a single |
| 16:44:37 | 6 | count together. |
| 16:44:38 | 7 | **MR. WEINSTEIN:**  We are in accord.  That's correct, Your |
| | 8 | Honor. |
| 16:44:40 | 9 | **THE COURT:**  Everybody is in agreement, but there is no |
| 16:44:42 | 10 | plea being offered in 907, correct? |
| 16:44:45 | 11 | **MR. DUROSS:**  That is correct, Your Honor.  This is the |
| 16:44:46 | 12 | prosecution that the Government has an agreement to defer. |
| 16:44:52 | 13 | **BY THE COURT:** |
| 16:44:52 | 14 | Q.  Now, sir, on behalf of the entities in this matter, is that |
| 16:44:55 | 15 | your understanding of the plea agreement in this case? |
| 16:44:58 | 16 | A.  It is, Your Honor. |
| 16:44:58 | 17 | Q.  Other than what has been stated in the plea agreement, has |
| 16:45:01 | 18 | anyone promised you anything else not mentioned on the record? |
| 16:45:04 | 19 | A.  They have not, Your Honor. |
| 16:45:04 | 20 | Q.  Has anyone threatened you to have you plead guilty? |
| 16:45:06 | 21 | A.  They have not. |
| 16:45:07 | 22 | Q.  Anyone forcing you to plead guilty? |
| 16:45:09 | 23 | A.  They have not. |
| 16:45:10 | 24 | Q.  Other than the criminal charges that you face, has anyone |
| 16:45:12 | 25 | told you that something bad would happen to you? |

| | | |
|---|---|---|
| 16:45:14 | 1 | A.  No, they have not. |
| 16:45:15 | 2 | **THE COURT:**  Counsel for the United States, what are the |
| 16:45:16 | 3 | terms of the plea agreement in regard to the three entities in |
| 16:45:21 | 4 | this matter? |
| 16:45:24 | 5 | **MR. DUROSS:**  Those three plea agreements with regard to |
| 16:45:28 | 6 | the three corporate subsidiaries in 20906 involve the three |
| 16:45:34 | 7 | subsidiaries agreeing to plead guilty, and they are all agreeing |
| 16:45:39 | 8 | to pay the $500,000 fine, and I believe there is also a special |
| 16:45:49 | 9 | assessment, Your Honor. |
| 16:45:57 | 10 | **THE COURT:**  It's a special assessment of $400. |
| 16:46:00 | 11 | **MR. DUROSS:**  That is correct, Your Honor.  It's in |
| 16:46:01 | 12 | Paragraph 14.  The defendants all are agreeing to waive appeal. |
| 16:46:07 | 13 | **BY THE COURT:** |
| 16:46:07 | 14 | Q.  Sir, is that your understanding of the plea agreement in |
| 16:46:09 | 15 | this case? |
| 16:46:10 | 16 | A.  It is, Your Honor. |
| 16:46:10 | 17 | Q.  Has anyone promised you anything else not mentioned on the |
| 16:46:14 | 18 | record or contained in these three plea agreements? |
| 16:46:18 | 19 | A.  No one has, Your Honor. |
| 16:46:23 | 20 | Q.  Now, sir, do you also understand that in regard to this case |
| 16:46:26 | 21 | you are waiving your right to appeal? |
| 16:46:28 | 22 | A.  I do, Your Honor. |
| 16:46:29 | 23 | Q.  And you understand that by waiving your right to appeal, you |
| 16:46:32 | 24 | are waiving your right to appeal the sentence or any other legal |
| 16:46:36 | 25 | arguments that may be available to you as a result of this plea |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 16:46:40 | 1 | of guilty? |
| 16:46:40 | 2 | A.  I do, Your Honor. |
| 16:46:45 | 3 | **THE COURT:**  Now, sir, do you understand that you are |
| 16:46:48 | 4 | pleading guilty on behalf of these entities?  Mr. Duross, is |
| 16:46:52 | 5 | this to a felony offense? |
| 16:46:54 | 6 | **MR. DUROSS:**  Yes, it is, Your Honor. |
| 16:46:56 | 7 | **THE WITNESS:**  Yes, I understand that, Your Honor. |
| 16:46:57 | 8 | **BY THE COURT:** |
| 16:46:57 | 9 | Q.  Do you understand that by pleading guilty, you are waiving |
| 16:47:00 | 10 | and giving up your right to a trial? |
| 16:47:02 | 11 | A.  I do, Your Honor. |
| 16:47:03 | 12 | Q.  Now, I should tell you that by waiving and giving up your |
| 16:47:05 | 13 | right to a trial, you are giving up your right to the following |
| 16:47:08 | 14 | things:  Your right to be presumed innocent and the Government |
| 16:47:11 | 15 | would have to prove your guilt beyond a reasonable doubt; the |
| 16:47:15 | 16 | right to have the assistance of an attorney who would be able to |
| 16:47:18 | 17 | see, hear and cross-examine the witnesses against you; the right |
| 16:47:21 | 18 | to the issuance of subpoenas, as we say in the law, compulsory |
| 16:47:26 | 19 | process that requires people to come to court and testify in |
| 16:47:29 | 20 | your case; and you are also giving up your right not to testify |
| 16:47:33 | 21 | unless you chose to do so and the jury could not draw any |
| 16:47:37 | 22 | negative or adverse inference because you did not testify. |
| 16:47:40 | 23 | Sir, do you understand that because you are pleading |
| 16:47:43 | 24 | guilty on behalf of these three entities, you are giving up all |
| 16:47:47 | 25 | of these rights and there will be no trial? |

Change of Plea and Sentencing Proceedings

60

| | | |
|---|---|---|
| 16:47:51 | 1 | A.  I do, Your Honor. |
| 16:47:52 | 2 | **THE COURT:**  Counsel for the United States, what would |
| 16:47:54 | 3 | the Government have been prepared to prove had this matter |
| 16:47:57 | 4 | proceeded to trial? |
| 16:47:58 | 5 | **MR. DUROSS:**  Your Honor, the Government would have been |
| 16:48:01 | 6 | prepared to prove beyond a reasonable doubt that there were |
| 16:48:04 | 7 | three wholly-owned subsidiaries that conspired with each other |
| 16:48:08 | 8 | and others to violate the Foreign Corrupt Practices Act, that is |
| 16:48:11 | 9 | as described in detail in the statement of facts which are |
| 16:48:13 | 10 | attached as Exhibit 3 to the three plea agreements. |
| 16:48:16 | 11 | The three wholly-owned subsidiaries conspired to pay |
| 16:48:18 | 12 | bribes to foreign officials in Costa Rica, Honduras, Malaysia |
| 16:48:23 | 13 | and Taiwan to obtain or retain business and at least part of |
| 16:48:25 | 14 | that conduct occurred within the territory of the United States |
| 16:48:27 | 15 | and through the use of, means or instrumentality of interstate |
| 16:48:31 | 16 | commerce. |
| 16:48:35 | 17 | **BY THE COURT:** |
| 16:48:36 | 18 | Q.  Sir, do you agree with the facts or recitation as made by |
| 16:48:39 | 19 | the prosecutor? |
| 16:48:40 | 20 | A.  Yes, I do, Your Honor. |
| 16:48:41 | 21 | Q.  On behalf of Alcatel-Lucent Trade International, A.G. how do |
| 16:48:46 | 22 | you plead. |
| 16:48:46 | 23 | A.  I plead guilty, Your Honor. |
| 16:48:47 | 24 | Q.  On behalf of Alcatel-Lucent France, S.A. how do you plead? |
| 16:48:50 | 25 | A.  Guilty, Your Honor. |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 16:48:51 | 1 | Q.   On behalf of Alcatel-Lucent CentroAmerica, how do you plead? |
| 16:48:54 | 2 | A.   Guilty. |
| 16:48:55 | 3 | **THE COURT:**  It is the finding of the Court that in this |
| 16:48:57 | 4 | case the defendants are competent and capable of entering |
| 16:49:02 | 5 | informed pleas, each of the corporations are aware of the nature |
| 16:49:05 | 6 | of the charges and the consequences of the pleas, and the pleas |
| 16:49:07 | 7 | are knowing and voluntary, supported by an independent basis in |
| 16:49:11 | 8 | fact containing each of the essential elements of the offense. |
| 16:49:14 | 9 | I now find each of the defendants in criminal Case |
| 16:49:22 | 10 | Number 10-20906 guilty of the offenses charged in the |
| 16:49:27 | 11 | Information. |
| 16:49:27 | 12 | Counsel, I understand that this is a plea and immediate |
| 16:49:31 | 13 | sentence in regard to this matter and what was determined in the |
| 16:49:36 | 14 | plea agreement. |
| 16:49:37 | 15 | **MR. DUROSS:**  That's correct, Your Honor. |
| 16:49:38 | 16 | **MR. WEINSTEIN:**  That's correct, Your Honor. |
| 16:49:39 | 17 | **THE COURT:**  Counsel for the defendants, have you had an |
| 16:49:41 | 18 | opportunity to review the presentence reports prepared in regard |
| 16:49:45 | 19 | to this case? |
| 16:49:45 | 20 | **MR. WEINSTEIN:**  Yes, Your Honor. |
| 16:49:46 | 21 | **THE COURT:**  Do you have any additions, deletions or |
| 16:49:49 | 22 | corrections that you wish to make? |
| 16:49:50 | 23 | **MR. WEINSTEIN:**  We have previously sent Mr. Jenkins a |
| 16:49:53 | 24 | correspondence dealing with the issue of the victim statute but |
| 16:49:57 | 25 | since that issue has been ruled upon by the Court, we will let |

| | | |
|---|---|---|
| 16:50:01 | 1 | our correspondence stand for the record, so nothing further, |
| 16:50:03 | 2 | Your Honor. |
| 16:50:03 | 3 | **THE COURT:**  Thank you.  Counsel for the United States, |
| 16:50:05 | 4 | do you have anything to add? |
| 16:50:06 | 5 | **MR. DUROSS:**  No, Your Honor. |
| 16:50:10 | 6 | **THE COURT:**  Counsel for defendant, does your client |
| 16:50:13 | 7 | have anything to say, or do you have any argument before I |
| 16:50:15 | 8 | proceed to sentence in regard to this matter? |
| 16:50:17 | 9 | **THE WITNESS:**  No, Your Honor. |
| 16:50:20 | 10 | **MR. WEINSTEIN:**  I agree, Your Honor. |
| 16:50:23 | 11 | **THE COURT:**  In regard to Docket Entry Number 10-20907, |
| 16:50:29 | 12 | in regard to Alcatel-Lucent Trade International, the Court |
| 16:50:33 | 13 | sentences the defendant as follows:  Obviously since this |
| 16:50:36 | 14 | defendant is a corporate entity, there is no actual physical |
| 16:50:42 | 15 | sentence, so a fine will be imposed. |
| 16:50:45 | 16 | Pursuant to the Sentencing Reform Act of 1984, they are |
| 16:50:48 | 17 | sentenced to a term of one year probation on the one count |
| 16:50:51 | 18 | Information.  They shall pay a fine in the amount of $500,000. |
| 16:50:55 | 19 | That fine is payable immediately to the Clerk of the Court. |
| 16:51:04 | 20 | This order is being enforced by the Probation Office |
| 16:51:07 | 21 | and the U.S. Attorney's Office to monitor any change in ability |
| 16:51:10 | 22 | to pay which should not be an issue here.  While on probation, |
| 16:51:13 | 23 | the defendant shall not commit any crime, federal, state or |
| 16:51:17 | 24 | local, comply with the standard conditions of probation that the |
| 16:51:19 | 25 | Court follows and the following special conditions: |

| 16:51:23 | 1 | The compliance plan requirement, the financial |
| 16:51:27 | 2 | disclosure requirement, the maintenance and retention of proper |
| 16:51:31 | 3 | business records requirement, the disclosure of criminal conduct |
| 16:51:35 | 4 | requirement, the nonvestiture of assets requirement and |
| 16:51:40 | 5 | permissible search.  All are outlined in the presentencing |
| 16:51:47 | 6 | memorandum. |
| 16:51:47 | 7 | That is the same sentence that will be imposed in |
| 16:51:50 | 8 | Alcatel-Lucent France, S.A., and as to Alcatel CentroAmerica. |
| 16:51:56 | 9 | All the sentences shall run concurrent for all three defendants. |
| 16:52:01 | 10 | There is, however -- Mr. Jenkins, correct me if I am |
| 16:52:05 | 11 | wrong -- each entity shall pay the fine of $500,000; is that |
| 16:52:11 | 12 | correct? |
| 16:52:11 | 13 | THE PROBATION OFFICER:  That is correct, Your Honor. |
| 16:52:12 | 14 | THE COURT:  The fine is also for Alcatel-Lucent France |
| 16:52:15 | 15 | and Alcatel CentroAmerica. |
| 16:52:16 | 16 | MR. WEINSTEIN:  Your Honor, may I bring a matter to the |
| 16:52:18 | 17 | attention of the Court? |
| 16:52:18 | 18 | THE COURT:  Yes. |
| 16:52:19 | 19 | MR. WEINSTEIN:  Perhaps Mr. Duross can be of help.  In |
| 16:52:21 | 20 | the ordinary context corporate probation could be something and |
| 16:52:26 | 21 | we believe it would be appropriate, but in this instance since |
| 16:52:28 | 22 | we do have the corporate monitor, I believe we agree with the |
| 16:52:31 | 23 | Government.  I think the Government will agree that corporate |
| 16:52:33 | 24 | probation is duplicative and unnecessary in this instance. |
| 16:52:37 | 25 | MR. DUROSS:  Your Honor, that's true.  In the filing |

| | | |
|---|---|---|
| 16:52:40 | 1 | that the Government made in its memorandum in support, I |
| 16:52:44 | 2 | indicated in Footnote 9 that the Government believes that in |
| 16:52:47 | 3 | light of the fact that each of the defendant subsidiaries has, |
| 16:52:50 | 4 | A, a compliance and ethics program currently through defendant |
| 16:52:55 | 5 | Alcatel-Lucent and has committed to making additional |
| 16:52:58 | 6 | enhancements under their respective plea agreements; and B, an |
| 16:53:01 | 7 | independent corporate monitor being imposed for a three-year |
| 16:53:03 | 8 | period under the deferred prosecution agreement; and, C, that |
| 16:53:06 | 9 | the fines and special assessments are to be paid within ten |
| 16:53:09 | 10 | days, each of the $500,000 fines are supposed to be paid within |
| 16:53:13 | 11 | ten days of sentencing, a period of probation does not appear to |
| 16:53:16 | 12 | be warranted in this matter under United States Sentencing |
| 16:53:19 | 13 | Guidelines § 8D1.1, which lays out those different factors, Your |
| 16:53:24 | 14 | Honor. |
| 16:53:24 | 15 | **THE COURT:**  What I will do, counsel, is I will suspend |
| 16:53:29 | 16 | or cut out any probation once I know the fines are paid and the |
| 16:53:33 | 17 | monitoring program is in place.  So if you submit a motion to me |
| 16:53:36 | 18 | in ten days, to the Probation Department obviously as well, I |
| 16:53:40 | 19 | will suspend probation; but until that time, it does allow me to |
| 16:53:44 | 20 | monitor the case just to make sure, although I don't think it |
| 16:53:48 | 21 | should happen, but that's what I'm going to do. |
| 16:53:50 | 22 | **MR. WEINSTEIN:**  Your Honor, may I also for the record, |
| 16:53:52 | 23 | it may be that the Court made this clear, but the $500,000 are |
| 16:53:57 | 24 | offset against the amount that the parent is going to be paying, |
| 16:54:00 | 25 | so it is not duplicative. |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 16:54:02 | 1 | **THE COURT:**  Is that in the plea agreement, counsel? |
| 16:54:04 | 2 | **MR. DUROSS:**  It is in the deferred prosecution |
| 16:54:06 | 3 | agreement that it will be offset by the amount of money paid by |
| 16:54:09 | 4 | the subsidiaries. |
| 16:54:13 | 5 | **THE COURT:**  All right.  Counsel, you have waived your |
| 16:54:14 | 6 | right to appeal; however, I will say for the record that |
| 16:54:16 | 7 | pursuant to the Federal Rules of Criminal Procedure, the |
| 16:54:19 | 8 | defendant corporation has a right to appeal the sentence |
| 16:54:21 | 9 | imposed.  Any notice of appeal must be filed within 14 days |
| 16:54:25 | 10 | after the entry of the judgment. |
| 16:54:27 | 11 | If you are unable to pay the cost of an appeal, you may |
| 16:54:31 | 12 | apply for leave to appeal in forma pauperis, but we are usually |
| 16:54:35 | 13 | not reading these in regard to corporate defendants, but that is |
| 16:54:38 | 14 | what the language normally is. |
| 16:54:40 | 15 | Anything further on behalf of the United States? |
| 16:54:41 | 16 | **MR. DUROSS:**  Not with regard to 20906, Your Honor. |
| 16:54:44 | 17 | **THE COURT:**  In regard to 20907? |
| 16:54:48 | 18 | **MR. DUROSS:**  I will submit to the Court a proposed |
| 16:54:52 | 19 | order to, as I have indicated before, extend the time -- I |
| 16:54:58 | 20 | forgot what my language is -- extend the time of the Speedy |
| 16:55:04 | 21 | Trial Act, Your Honor.  I can submit that within the next 24 |
| 16:55:08 | 22 | hours. |
| 16:55:08 | 23 | What we would request, Your Honor, is that the period |
| 16:55:10 | 24 | of delay during which the prosecution is deferred, it is a |
| 16:55:14 | 25 | three-year deferred prosecution agreement, that that time be |

| | | |
|---|---|---|
| 16:55:19 | 1 | excluded in computing time for the speedy trial clock. |
| 16:55:22 | 2 | **THE COURT:**  And do you have an agreement with counsel |
| 16:55:25 | 3 | for the defendant as to that? |
| 16:55:26 | 4 | **MR. DUROSS:**  Yes, Your Honor. |
| 16:55:27 | 5 | **MR. WEINSTEIN:**  That's correct, Your Honor. |
| 16:55:28 | 6 | **THE COURT:**  All right.  Once it is filed, let me know, |
| 16:55:30 | 7 | but you should understand that for statistical purposes, this |
| 16:55:33 | 8 | matter will be closed.  If you have to file anything in regard |
| 16:55:36 | 9 | to this matter, you need to contact Ivan because you might not |
| 16:55:39 | 10 | be able to do it through electronic filing once it is |
| 16:55:43 | 11 | administratively closed. |
| 16:55:44 | 12 | **MR. DUROSS:**  Thank you, Your Honor. |
| 16:55:45 | 13 | **THE COURT:**  All right.  Anything else? |
| 16:55:46 | 14 | **MR. WEINSTEIN:**  No, Your Honor. |
| 16:55:47 | 15 | **MR. DUROSS:**  No, Your Honor. |
| 16:55:47 | 16 | **THE COURT:**  Thank you very much, counsel. |
| 16:55:49 | 17 | [The proceedings conclude at 4:55 p.m., 6/1/11.] |

**C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

06.04.11
_____
DATE

_____
JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRR
*Official United States Court Reporter*
*Federally Certified Realtime Reporter*
400 North Miami Avenue, Suite 11-1
Miami, FL 33128                    305.523.5588
(Fax) 305.523.5589
josephamillikan@gmail.com

**A**

abetting 19:4
ability 51:2 53:6 62:21
able 39:11 44:17 51:16 59:16 66:10
about 9:11 11:22 15:9 18:10 21:4,4
  22:13,15,24 26:14 27:4 34:11,12
  37:12,12 38:14 41:2 42:24 44:23
  46:16 48:6,6,8 49:3,4,15,17 50:21
  57:1
above-entitled 66:19
accept 5:16 10:9 26:2 28:7 49:7,23
acceptance 24:21 38:14
accepted 24:23 26:9,17 30:23 38:18
accepting 26:21 45:15
accomplish 14:23
accord 57:7
accountable 47:1,19
accurate 11:25 38:4 66:19
accurately 48:12 53:7
Acker 10:13 12:13
acknowledge 28:4
acknowledged 19:23
acknowledging 29:6
acronym 51:24
act 6:6 11:9,16 13:6 14:25 15:1 16:4
  19:4 22:9 23:23 40:21 41:14,14,18
  42:3 44:18 47:1 48:5,7,7 49:17
  50:13,23,24 53:11 56:4 60:8 62:16
  65:21
acted 18:14 21:12
acting 33:6,11
action 15:19 17:24 18:16 27:19 32:24
  33:10 38:7,10
actions 18:12 27:15,17 35:23
activities 17:13 18:7
activity 7:16 52:13,14
acts 34:5
actual 14:9,14 41:25 62:1
actually 11:15 14:8 15:20 21:20 33:4
  40:20,22 41:19 43:7 45:3,3,5 46:19
  47:24 50:24
add 28:25 30:6 62:4
addiction 54:23
addition 29:4
additional 64:5
additions 61:21
address 6:23 12:5 42:7 45:7 51:5
addressed 9:22 13:4
Adelphia 13:18
adequacy 28:15
administratively 66:11
admitted 4:19
adverse 59:22
advise 24:12
advised 21:3
Affairs 42:15
affidavit 18:4,5 24:11 28:12
afforded 16:4 50:13
after 25:7,16 35:10 40:1 46:9 48:20
  55:17 65:10
afternoon 4:17
again 48:10
against 18:12 40:12 41:3 48:1 56:14
  56:21 59:17 64:24
agencies 44:14
agency 8:24 9:3,14 12:15 33:24
agent 33:10
aggressively 46:20
ago 14:18 15:23 25:13,13 37:10
agree 5:18 26:8 35:12 60:18 62:10
  63:22,23
agreed 11:11
agreeing 45:10 58:7,7,12
agreement 5:14 6:1 10:20,21 25:12
  26:2,15 28:3 29:11 37:10 38:25
  39:3 43:3,6,7,17 45:3,4,8,10,19
  46:6 50:4 56:21 57:9,12,15,17 58:3
  58:14 61:14 64:8 65:1,3,25 66:2
agreements 5:25 10:9 25:9,10,21,22
  26:3 29:10,13,19 58:5,18 60:10
  64:6
agrees 45:12
aiding 19:3
akin 8:5,9
al 4:5 40:4
albeit 25:16
Alcatel 7:3 8:20 15:17 18:7,11 19:1,5
  19:24 21:2 25:9 27:14,18 28:2,5,8
  29:5,12 37:18 38:23 39:5 40:4 47:2
  48:1,3,15 53:21 63:8,15
Alcatel's 30:11 39:2
Alcatel-CentroAmerica 1:8 4:16
Alcatel-Lucent 1:7,8 4:5,14,15,23
  30:18 44:3 45:25 50:4,5 53:25 54:1
  54:1,3 60:21,24 61:1 62:12 63:8,14
  64:5
alcohol 54:20,23
allegations 17:25 19:11 48:25
alleged 11:13,15
allow 53:12 64:19
allowed 7:22 27:25 55:13
allowing 50:5
almost 30:19
alone 18:14
already 19:13 35:11 44:25 49:13,14
  50:18,19
although 64:20
always 35:13
amelioration 27:19
America 1:4 18:22
amount 14:15 16:8 30:20 41:6 53:7
  62:18 64:24 65:3
amounts 25:11 30:23 42:23
analysis 11:4 22:3 47:21,23
analyzes 33:23
Andrew 1:18 4:12
andrew.gentin@usdoj.com 1:21
and/or 24:8 33:11
announced 22:2 25:8,10
another 14:5 17:10 37:5,24 44:24 48:9
answer 15:22,23,23
antibribery 56:3
antitrust 10:13,14,19 11:6
anybody 18:9 20:5 31:18 38:11 47:6
anyone 57:18,20,22,24 58:17
anything 23:4 29:16 42:12 49:5 57:18
  58:17 62:4,7 65:15 66:8,13
apparently 33:16 42:9
appeal 58:12,21,23,24 65:6,8,9,11,12
Appeals 38:10
appear 5:1 28:15 64:11
appearance 10:24
APPEARANCES 1:14
appeared 17:17
appearing 4:9,14
appears 6:24
applied 30:15 47:18
applies 43:7 53:14
apply 50:22 65:12
appropriate 21:13,14 25:24 26:2,4,4
  33:19 35:18,24 36:22,23 37:20
  39:15,17 48:23 52:24 55:5 63:21
appropriately 15:11
approved 27:7
Arctic 10:14,23
area 7:20,21 52:9
argued 6:5,7 34:2
arguendo 51:15
arguing 6:2
argument 5:12 9:3,15 12:23 40:18
  41:3 44:23 62:7
arguments 32:2 45:20 46:1 51:21
  58:25
around 14:4 18:20
arraignment 12:4
arranged 43:18
arrested 18:22
article 13:11
articles 18:1 34:9
ascertain 53:10
asked 5:13 20:10,21 21:4 22:25 23:19
  23:20 31:14,14 42:11
asking 45:6
assert 23:15
assessment 58:9,10
assessments 64:9
Asset 13:16
assets 63:4
assigned 43:23
assistance 59:16
assistant 22:12
assumed 13:14
assuming 9:17,18 21:8 51:15
attached 60:10
attempt 34:23 39:10
attempted 26:11
attention 36:6 63:17
attorney 13:10 17:10 42:11,13 55:14
  59:16
attorneys 12:25
Attorney's 62:21
audit 9:10
authority 33:6
authorization 55:5
authorized 5:1 33:10 45:20
availability 36:10
available 28:25 58:25
Avenue 1:19 2:15 66:23
avoid 26:11 27:15
avoiding 27:19
award 14:11 39:14
awarded 53:16
awarding 37:23
aware 17:16 29:5 42:14 43:14,17 61:5
awhile 15:23
A.G 1:8 60:21
A.U.S.A 1:15,18

**B**

B 64:6
back 7:5,6,24 24:9 40:3 41:17
bad 11:22 103:11 40:11 57:25
bag 18:20
Bajarano 17:7 18:5 24:11 28:13
bar 36:30
base 30:2,2,3,10
based 10:7 12:15 15:25 18:1 21:1 30:2
  30:7 34:5 39:15 52:9
basic 23:1 40:8
basically 52:19
Bayport 2:9
became 18:23
before 1:11 4:7 5:10,16,23 8:17 18:4
  19:12 20:12,21 25:20 28:20 29:6,10
  31:10 35:1,8,16,19 38:21 41:5 55:2
  62:7 65:19
begin 31:2 50:7
behalf 4:9,11,14 5:1,5 19:21 28:5 33:6
  33:10 34:20 53:24 55:1,6,10,18
  57:14 59:4,24 60:21,24 61:1 65:15
behavior 10:17 11:6 52:5,10,11,11
behind 36:3
being 14:5 30:14,16 31:19 37:17 43:7
  57:10 62:20 64:7
believe 5:18,23 12:11 13:5,15 15:24
  16:4 23:2 39:14 44:9 58:8 63:21,22
believed 20:24 38:22
believes 64:2
Belize 19:8
bench 19:20
benefit 9:2 30:6 33:11 35:14
beside 11:12
besides 16:12
best 9:22 16:11 23:23 31:17 34:20,22
  35:2,4 39:9
better 13:16,19
between 12:6 15:19 43:2 44:15 48:3
  48:14,16
beverage 10:16
beverages 10:16
beyond 7:7 29:25 59:15 60:6
bid 14:19
bidding 24:18
billion 30:19
billions 30:25
bills 8:4
Biscayne 1:24
bit 17:15 32:15
blameless 29:8
blocking 43:25
Blvd 1:24
board 7:9 8:6 9:5 42:20
Boards 55:3
bogus 8:3
Bond 1:20
bones 19:16
books 32:9 56:4,16
born 54:11,12
borne 42:6
both 15:3,3 41:13 42:25 50:10 51:8,9
bottom 9:5
bought 24:24
BP 30:22,24
Brazil 19:8
breach 46:7
Brennan 36:12
bribe 9:1 30:5
bribed 19:10 20:14
bribery 17:13,18 18:8 19:6 23:21 25:3
  30:14 48:25 51:5 52:19
bribes 7:9,11,11 8:18,19,23 9:7 14:1,4
  22:10 32:5 33:6 47:5,12 49:1 60:12
bribing 18:2 24:21,22 32:10
brief 6:15 8:14,17 15:8,25 23:3 40:5
  42:5,10 46:15
briefly 13:22
briefs 42:25
bring 35:16 63:16
brought 17:14,23 19:23,25 24:3,13
  28:21,23 33:16 35:19
brunt 28:18
Building 1:20
bunch 8:23
burden 51:16
Burt 17:1
BURTON 2:8
business 8:21 14:1 47:17 60:13 63:3
buying 10:23 11:5 48:17
bwiand@fowlerwhite.com 2:11

**C**

C 64:8 66:18,18
Cable 13:18
calculate 41:9
calculated 21:16
calculation 30:1
calculations 30:13
Calderón 17:10
calendar 39:21
call 39:21 40:11
called 10:13,14 13:1,16 18:21 28:1
  33:14
calling 6:20
calls 18:1
came 9:23 18:11 24:23
camera 42:18
candidly 51:2
capable 61:4
care 4:6 39:22
cartel 10:17
case 1:3 4:4 5:15 6:17,21 7:2,10 10:12
  10:13,13,14 11:1,3,10 12:8 13:1,10
  13:14,16,24 14:10 17:16 19:11,15
  19:17 20:23 21:2,19 26:13,17 27:2
  27:14 28:23 30:24 32:8,11,19,22,25
  33:2,3,5,9,14,18,23,23,2 4 34:3,14
  34:18,19 35:7 36:7,17,19 37:5,9
  43:9,9 48:1,1,9,25 49:2,12,19 52:10
  52:25 53:11 55:11 56:7 57:15 58:15
  58:20 59:20 61:4,9,19 64:20
cases 8:2 19:13 22:17 30:22,23 31:25
  32:17,22 34:16 36:14 45:20 48:6
  49:3 53:12 56:10
Cataggio 36:7
cause 40:2 45:14
Center 1:23
CentroAmerica 54:1 61:1 63:8,15
certain 7:22
certainly 7:13 27:11
Certificate 3:3
Certified 2:14 66:22
certify 66:19
cetera 45:16
challenge 9:16,18
chance 55:11
change 1:11 4:3 62:21
changed 12:17 20:1
charge 9:16,18 47:5,11 56:14
charged 7:15 19:6 47:2,3,3 50:7 52:15
  57:5 61:10
charges 5:2 10:21 13:7,12,20 46:25
  55:25 56:1,11 57:2,24 61:6
charging 5:2 18:13
Charles 1:15 4:11
charles.duross@usdoj.gov 1:17
chief 22:8
Chile 19:8

chose 28:7 59:21
chosen 51:6
Christian 2:2 7:2 18:13,19 28:22
Cienfuegos 36:9
Circuit 10:12 11:11,12 13:2,17 14:12
  14:13 34:14 49:3 51:3
circumstance 9:4
circumstances 9:16
circumvent 56:5
CIT 7:3
citation 45:2
cite 32:22 33:4,8 43:17
cited 9:10 31:25 33:15 34:16,18 37:6
  48:5
citizen 54:18
City 33:17,21
civil 15:19 28:24 38:7
claimed 15:9 51:13
claims 15:14 38:6,11
clawing 26:12
clear 15:7 30:13 33:13 38:1 39:2 57:4
  64:23
clearly 28:11 32:8,11,12 33:24 34:8
  36:14,25 37:16 39:14
clerk 54:4 62:19
client 24:16 25:2 62:6
clients 23:16
clock 66:1
closed 66:8,11
closely 52:4,12
cnauvel@ willkie.com 2:5
coconspirator 32:24 52:16
code 46:22 50:8
coffin 53:3
collateral 28:14
colleague 17:3
colloquy 56:22
come 4:2 19:24 30:8,12 31:10,15
  32:19 37:12 59:19
comes 9:12 20:12 29:6 41:18
coming 10:1 35:1,8 54:20
comment 40:5
comments 11:22 18:2
commerce 47:8 60:16
commercial 15:14,19 48:14
Commission 44:5
commit 62:23
committed 64:5
communicate 35:5
communication 23:19
companies 8:17,18 14:4 19:1 22:7
  28:1
company 4:25 7:14,14,18 8:20 9:5,7
  9:12 10:14 11:6 12:17 13:18 17:8
  17:24 18:18 19:10 24:7,24 27:7
  29:8 34:1 43:3,19,20,23 45:8 19,22
  46:11,14,17,17,20,2 1 47:5,12 48:17
  48:17
compared 30:20
comparison 7:20
compensation 32:12
competent 61:4
competing 8:20
completed 43:7 44:21
completing 36:19
complex 15:4 16:8,11 36:14 41:9 42:1
  47:13 50:17 51:12
complexity 14:24 16:22 36:9 37:1
  41:3,13 51:10
compliance 46:23 49:20 63:1 64:4
complicate 51:13
complicated 36:2,4
comply 11:23 26:6 62:24
compulsory 59:18
computation 35:22
computing 50:6 66:1
concern 6:20
concerned 41:2
concerning 5:11 42:12
concerns 44:2 48:16
conclude 66:17
conclusion 21:19
conclusions 16:15
concurrent 63:9
conditions 62:24
conduct 7:1 10:3 12:16 23:21 24:12
  27:10,11 31:23,24 32:11,12 33:11
  37:14 46:22 47:8 50:6 52:8,17

60:14 63:3
confer 12:25 31:6 34:12 40:15 54:25
conference 31:8
conferral 12:22 13:6,15
confers 40:25
confess 9:16
conflict 25:17
Congress 23:16
connection 33:25
consequences 28:14 61:6
consider 26:1,13,5
consideration 29:2
considerations 26:19
considered 12:12 16:6 23:14 26:20
  37:23 39:6,24 53:4
consistency 52:14
conspiracy 19:3 26:25 55:25 56:2,11
  57:5
conspirator 52:15
conspirator 57:3 60:7,11
constancy 52:13
constitute 38:25
consultants 18:21
contact 22:23 66:9
contacted 23:12,13
contained 58:18
containing 41:8
contemplated 38:22
contends 6:12
CONTENTS 3:1
contest 45:23
context 36:4 46:2 51:5 63:20
continued 23:5
continues 29:5
contract 24:22 32:6 49:1
contracts 18:20 27:8 32:6 49:2
control 9:10 12:6
controls 9:11 46:23 56:5,6,15
conveniens 38:9 48:2
convicted 7:23 33:2
conviction 20:4 25:8 32:3 49:5
COOKE 1:11
cool 10:17
cooperate 20:2
cooperating 18:23
cooperation 19:19,21 21:1 27:13
cooperator 7:2
coordinated 27:8
copy 45:25
corporate 5:5 28:17 43:19,21,22 44:4
  44:19 49:21 52:8 55:10,14 57:2,5
  58:6 62:14 63:20,22,23 64:7 65:13
corporation 27:3 34:6 45:12 56:8
  65:8
corporations 55:2,18 61:5
correct 5:17 8:12 35:10 40:17 56:8
  57:7,10,11 58:11 61:15,16 63:10,12
  63:13 66:5
corrected 42:8
corrections 61:22
correspondence 61:24 62:1
corrupt 7:15,22 13:25 14:19 19:4 22:8
  22:15 24:6,12 27:6 28:19 49:17
  53:11 56:3 60:8
corrupted 14:7
corruption 6:25 7:5 17:17 18:17 22:11
  27:1
court 10:18 65:11
Costa 7:4 9:23 15:21 16:15 17:11 18:6
  18:7 19:8,9 20:9,11 27:21,24,25
  28:2,4,11 29:7 38:6 42:12 46:1 47:3
  47:5,12 48:17,17 49:14 60:12
Costarricense 2:8 17:2
counsel 4:12,23,24,25 12:2,7 17:5,8
  27:20 29:16 31:2 39:20 40:6 41:1
  47:14,15,22 51:21 52:1,7 53:8,21
  54:3,25 55:4,17,21 58:2 60:2 61:12
  61:17 62:3,6 64:16 65:1,5 66:2,16
count 55:25 56:1,2,18 57:3,6 62:17
countries 18:22 19:7
country 44:2 53:9
counts 55:22
couple 25:15 42:7 46:10,25 51:5
course 19:9 20:20 22:18
court 1:1,2 3:14 4:16,14,21 1 5:4,7,20
  5:23 6:8,12,18,22 7:19,24 8:10 9:15
  9:21,24 10:8 11:1,7,14 12:3,5,7,14
  13:9,14 14:8,13,17,23 15:1,4,8,21

16:2,3,7,8,24 17:5,16 20:6 21:8,11
  21:18,24,22 1 24:25 25:20 26:15,22
  27:4 28:20 29:6,16 31:2,11,25
  33:15,18 34:7 35:1,8,16,16,19 36:8
  36:13,17,18,20 37:11 38:7,10,21
  39:12,18,20,24 40:3,21,25 41:6,8,16
  41:23,25 42:1,2,18 43:8,13,16
  44:23 48:1,1,19 49:7,23,25 50:10
  50:19 51:1,11,18 53:7,10,21,24
  54:4,10 55:4,9,21 56:7,19,24 57:9
  57:13 58:2,10,13 59:3,8,19 60:2,17
  61:3,3,17,21,2 5 62:5,11,12,19,25
  63:14,17,18 64:15,23 65:1,5,17,18
  66:2,6,13,16,22
Courthouse 2:14
COURTROOM 1:5
Courts 36:21
Court's 16:14 45:6
create 27:12
credit 27:12
crime 6:4,5,6,9 11:8,16,18 13:6 16:3
  28:16 30:14 41:18,21 42:3 48:5
  49:4 50:13 62:23
crimes 29:21,22,23 30:15 35:3
criminal 1:19 9:19 17:11 27:24 44:9
  44:11 52:17 55:25 56:7,13 57:24
  65:13 64:3 65:7
criminals 18:2
cross-examine 59:17
cumbersome 42:2
current 40:20
currently 64:4
cut 64:16
CVRA 12:21 22:20 25:21 26:6 31:5,20
  34:20 35:21

─────────────

D

D 2:14
damage 24:17,18
damaged 31:22,23 53:13
damages 10:2 14:9 15:8,14 16:17 28:1
  28:1 31:11,12 38:6,12 41:10 53:4,9
danger 22:9
data 44:1
date 12:4 50:19 66:21
dating 7:6
day 14:17 41:11 45:12,13
days 41:6,12 64:10,11,18 65:9
DC 1:20 2:3
de 2:8 17:2
deal 25:19,23,25 26:21 43:10 45:15
  46:6,16
dealing 22:6 61:24
dealt 24:15 26:11
Dean 13:1,13 34:14,17
decade 14:18
decades 27:1
deceit 32:8
December 25:13 43:12 44:17,22
decide 16:2 46:7
decided 13:19 20:1 22:16 55:15
decides 47:10
decision 9:23 21:16,22 22:2 40:11,22
  41:16 51:4
decisions 7:17
decline 36:10
deemed 16:2 46:5
deeply 9:12 10:3
defendant 50:4,5 52:12 62:6,13,14,23
  64:3,4 65:8 66:3
defendants 1:9,22 6:17 44:24 58:12
  61:4,9,17 63:9 65:13
defendant's 51:2
defenses 55:14
defer 57:12
deferred 5:25 25:10 26:2,14 29:11
  45:4,7,10,18 46:5,8 50:1,2,3 56:20
  56:21 64:8 65:2,24,25
definite 13:11
definition 22:15
degree 51:14
delay 16:22 37:5 42:24 49:25 50:2,17
  65:24
deletions 61:21
deliver 16:7
delivered 15:10,11,17 25:3
delve 14:23

delved 10:3
demonstrate 50:5
demonstrated 24:14
denied 18:11,15 27:15 31:6 32:23
  50:15 53:17
deny 29:5 50:10 51:11
denying 10:1
Department 1:18 10:20 13:5 17:25
  21:21,23 22:5,23 23:5,10,13,18,22
  24:4,14 26:17 27:20 34:25 35:14
  39:9,13 44:4,16 47:10 50:3 64:18
Department's 30:11
depends 51:1
depth 38:3
described 14:2 50:18 60:9
designated 44:18
despite 52:22
detail 6:20,23 11:24 46:16 60:9
detailed 7:10 25:4,6
details 43:14
determination 34:25 36:22 38:8
determinations 36:23
determine 5:16 13:24 16:10,17 23:24
  25:23 26:16 41:6 51:20,22
determined 24:17 36:25 61:13
determiner 39:12
determining 38:11 51:12
deterrence 49:11
devil 43:14
different 6:21 7:12 11:2,9 12:20 13:3
  14:4 44:13 45:9 46:17,21,23 47:9
  48:10 64:13
differently 13:13
difficult 8:24 9:15 12:14 15:15 52:6
dignity 12:10
direct 31:22
directing 18:7
direction 21:12
directly 10:23 11:6 31:22 39:12
director 14:5 17:7
directors 7:9 14:3 19:10 42:20 55:6
disagree 40:19
disagreement 50:21
disclosure 25:11 27:13 43:6 63:2,3
discretion 26:22
discretionary 50:25
discuss 5:9 13:20 44:19
discussed 7:5 55:13
discussing 55:17 56:12
disgorgement 49:12
dispute 15:19 48:14
distinction 43:2
District 1:1,1,12 14:13
diversionary 27:15
division 1:2,19 10:20 17:7
Docket 6:18 62:11
doctor 8:2
document 42:16
documentation 19:7
documented 27:8 28:12
documents 5:2 18:25 23:3 25:20,21
  27:4 48:21
doing 9:1 14:5 33:17 37:7 55:22
DOJ 22:13,18,20
Dolan 36:17 37:7
dollar 14:15
done 30:17 35:1,13,17 36:8 37:15 41:5
doubt 59:15 60:6
down 9:23 19:23 38:13
downstream 10:22
DPA 38:14
drafters 38:24
draw 59:21
Drive 2:9
drug 27:14 54:23
drugs 54:20
dry 29:13
due 17:13 35:11 39:5
duly 45:19 54:6
duplicative 63:24 64:25
during 13:11 20:3,20 49:25 50:2
  65:24
Duross 1:15 4:11,11 5:9,18,22 6:11,14
  6:19 7:19 8:1,12 21:16 22:25 35:10
  38:21 40:5,17 41:11 45:2 53:20
  55:24 56:9,25 57:11 58,5,11 59:4,6
  60:5 61:15 62:5 63:19,25 65:2,16
  65:18 66:4,12,15

Duross's 21:12 22:1

**E**

E 1:15 66:18,18
each 55:24 56:1,18 57:4,5 60:7 61:5,8
  61:9 63:11 64:3,10
earlier 14:2 43:1
early 4:25 21:1
easy 51:6
economic 11:4 44:1
Edgar 18:12
effort 11:23
efforts 23:21 31:18 34:20,22 35:2,4,11
  39:9 46:14
either 41:15
Electricidad 2:8 17:2
electronic 35:11 66:10
elements 11:9 61:8
Eleventh 14:12,13 49:3 51:3
employee 7:3
employees 18:13 19:10 24:1,12
end 11:5 38:13 43:12
ended 27:6
enforce 25:24
enforced 62:20
engage 15:5 16:9
engaged 8:7 10:17 11:6 28:8
enhanced 49:20
enhancements 64:6
enough 52:21
enter 55:6,18
entered 25:22 35:20 37:15
entering 5:4 61:4
entire 20:3 27:5 33:16
entirely 50:16
entities 5:2 15:20 48:15 53:25 55:7,10
  55:15,23 57:14 58:3 59:4,24
entitled 6:7 12:12 21:6 31:19 32:12
  34:12 38:1 41:21,22
entity 5:4 28:17 33:11,19 62:14 63:11
entry 6:18 62:11 65:10
envision 39:1
Ericsson 8:20
especially 30:21
ESQ 1:22 2:1,1,2,8
essence 6:3
essential 61:8
essentially 17:8 18:19 19:16 31:16
  40:10 43:22 52:16
established 18:20
estimation 14:9
et 4:5 40:4 45:16
ethics 64:4
evaluate 21:51:1
evaluated 9:24
evaluating 9:20 46:3
even 13:23 14:23 16:6 22:20 29:2,14
  33:19 40:19 41:22 42:3 48:20 52:15
  52:20,23 53:11
event 43:4
events 4:24 43:16 50:7
ever 23:19 54:23
every 9:15 12:3,3
everybody 9:5,6 43:10 47:14 52:19
  57:9
everyone 5:18 51:20
everything 50:19
evidence 8:16 16:11 18:4 19:25 20:13
  21:9 28:20,22 34:7 35:19 39:11
  40:12
ex 42:18
examine 36:16
example 45:21
except 20:13
exception 12:4
Exchange 44:5
excluded 12:2 50:6 66:1
excuse 52:7
executive 27:7
exercised 34:22
Exhibit 60:10
exhibits 16:14 28:12
exist 53:4
existed 6:25
existence 49:17
exists 45:17
explain 31:6

**F**

F 66:18
face 13:8 57:24
fact 9:10 11:13 12:1,20,23 14:9 16:12
  16:14 21:9 22:20 32:1 34:21 35:18
  41:12,24 43:16 46:8,15 51:12 61:8
  64:3
factors 6:21 9:20 64:13
facts 6:23 8:14 9:24 10:8 14:14 15:25
  18:24 32:16 42:6 45:13,23 60:9,18
factual 34:24 45:9
fail 9:3
failed 35:18
failure 26:6,7
fairly 11:21,24 13:4 25:5 46:20
fairness 12:10
false 18:3 32:9
familiar 7:21
family 13:18
far 54:15
Farr 2:2 4:19
fault 29:8
favorably 34:18
Fax 1:21,25 2:4,10,16 66:24
FCPA 22:17 47:1 56:5,6,11
federal 47:17 62:23 65:7
Federally 2:14 66:22
feel 43:5
felony 59:5
Ferguson 2:14
few 34:1,5 42:8
Fifth 13:2 34:14
fighting 22:11 48:2
figure 14:18 15:17 16:18 38:24 52:4
file 20:25 66:8
filed 5:24 6:16 13:12 16:13 18:12 20:9
  21:2 23:9 25:13 27:4,15 28:12
  32:18 37:11,12 43:12 44:22 52:10
  55:11 65:9 66:6
filing 12:23 13:7,20 22:1 43:2 63:25
  66:10
finally 19:25 33:22 50:14
financed 25:2
financial 1:23 63:1
find 11:8,14 16:3 30:1 34:17 39:8
  44:10 53:1 61:9
finding 9:13 41:24 61:3
findings 16:14 41:24 52:9
fine 30:10,12,17,20 49:12 58:8 62:15
  62:18,19 63:11,14
fines 25:11 30:23 35:22 64:9,10,16
fire 44:9
first 5:21 6:8,24 22:10 26:15,23 42:9
  49:7 52:3
five 23:25
fixing 10:18
FL 1:16,24 2:10,15 66:23
Floor 1:20
Florida 1:1,6 48:1
flow 32:4 53:9
flows 51:22 53:5
focus 19:9
focused 12:23
folks 8:23
followed 4:3
following 16:15 26:1 39:7 59:13 62:25
follows 62:13,25
food 10:16
footnote 13:4 64:2
forcing 57:22
Fordham 54:17
foregoing 66:19
foreign 19:4 22:7,8 49:16 53:11 56:3
foremost 52:3
forgave 19:21
forgot 65:20
form 39:6
forma 65:12
former 7:2 22:8,12
forth 11:24
fortunately 25:17

forum 36:10 38:9 48:2
forward 19:24,25 25:15 26:9,13,21
  28:23 29:3 31:13 36:14,23 37:4
  39:5
fostered 24:21
fought 27:18
found 10:2 11:12,16 14:13 34:5 36:8
  36:13
frame 36:18,20
France 1:7 4:5,15 43:25 44:2,11,14
  47:3 54:1 60:24 63:8,14
frankly 18:3
fraud 1:19 7:21 8:7 29:23,23 32:8
fraudulent 18:25 32:11
French 43:20,23 44:7,14,17 47:4,11
  47:12 48:16
Friday 42:10
from 7:24 8:24 9:5,19,23 10:23 11:3,4
  11:6,22 12:2 13:8 14:4 16:20,24
  17:9 18:5 19:11 20:9,11,14 21:21
  22:13,22,23 23:10 24:1 25:17 35:21
  37:24 40:6 42:10,12 45:24,24 47:2
  51:20,22 52:12 53:5
front 43:10
frying 44:8
fuel 22:11
full 54:7
fully 55:13
full-blown 48:20
funds 24:9
further 20:22 29:25 30:16 32:8 62:1
  65:15

**G**

G 1:11
Gallagher 2:2
Gaming 33:23
Gamma 37:8
gatekeepers 8:2
gather 34:23 39:10
general 4:22,24,25 6:23 17:8 54:2
General's 42:11,13
Gentin 1:18 4:13
gets 9:9
getting 35:11
Gianluca 17:3
give 40:5
given 32:21 41:8 52:8,17 53:6 55:5
giving 23:14 32:25 35:14 47:13
  59:10,12,13,20,24
Glacier 10:14,23
go 4:7 10:15 11:25 22:16 26:20 29:3
  31:4,13 32:15,16 35:23 36:14,23
  37:4 38:2 46:16 47:14 49:2 52:1
  54:15 55:15
goes 26:9
going 5:7,16 9:6 10:5 11:8 15:23
  17:18 18:22 20:11,18,23,25 25:12
  31:9 36:25 38:2,2 39:20,22 43:15
  44:8,20 46:1 48:11,12 52:1 64:21
  64:24
gone 17:22 26:13 34:21 53:6
good 4:17 11:24 15:12,17 50:5
goods 24:23 48:16
gotten 35:8
Government 1:15 6:12,15,16,19 7:10
  8:16 11:22 12:6,7,20,24 13:10
  15:24 18:24 19:14,23 20:7,10,12,25
  21:4 24:17 27:21 28:2,3,11 31:10
  32:19 34:2,9,16,21,22 37:18 49:7
  50:14 52:23 57:12 59:14 60:3,5
  63:23,23 64:1,2
governmental 33:19
governments 22:14,16
Government's 30:4 35:4
graduated 56:11
grave 22:9
great 40:12 45:14 46:16
greatest 19:19
guaranteed 23:16 38:17
Guerra 2:9
guess 10:15 12:4
Guidelines 64:13
guilt 59:15
guilty 19:3 45:22 49:8,10,23 53:19
  55:1,6,18 57:20,22 58:7 59:1,4,9,24
  60:23,25 61:2,10

gun 20:15

**H**

hac 4:19
half 7:8 29:2
hand 48:15
handled 19:17
hang 12:25
happen 57:25 64:21
happened 47:24
happens 41:23
happy 38:14 42:18
hard 21:19
hardly 29:13
hard-fought 43:15
harm 9:21 10:4 11:15 23:20 37:12
  39:10,11
hat 13:1
having 21:3 35:1
hear 16:24 59:17
heard 51:20
hearing 7:8 11:22 12:3,3 54:21
hearings 12:1,1 35:12 53:8
held 9:2 47:1,19
help 63:19
helpful 33:4
her 19:20 20:22
herring 37:10
highly 48:21
high-level 30:8 44:15
high-placed 52:17
him 19:17,18,21 20:25 21:14 23:1
  44:19
history 19:20 27:10,11 49:16
hold 13:13
Honduras 19:8 60:12
honestly 48:24
Honor 4:12,17,20,22 5:3,6,19,22 6:11
  6:14,14,19 7:7 8:1,2,15,17,19 9:4
  9:13,22 10:4,11 11:1,3,17,24 12:11
  12:18 13:22 14:2,12,22 15:7,22,24
  16:6,11,20 17:1 21:15 22:5 36:2,16
  40:17 41:4 42:6,23 43:20 44:21
  45:2,11,18 46:10 48:13,24 49:6,22
  50:9,12,14,20 51:23 50:20,23 54:2
  54:12,19,22,24 55:8,12,16,20,24
  56:9,17 57:8,11,16,19 58:9,11,16,19
  58:22 59:2,6,7,11 60:1,5,20,23,25
  61:15,16,20 62:2,5,9,10 63:13,16,25
  64:14,22 65:16,21,23 66:4,5,12,14
  66:15
HONORABLE 1:11
Honor's 36:6
hospital 8:6,7,8,11
hours 14:16 65:22
Huff 13:16 14:10

**I**

ice 5:11,13,24 6:4,20,25 7:9,12,13 8:18
  8:25 9:1,2,13,15,17 10:1,2,15,18,22
  11:21 12:8,9,12,15,17,22,25 5 13:23
  15:9,18,24 16:13,24 17:8,11,13,19
  18:1,2,5,9 19:9 20:5,5,7,11,18
  21:14,17 22:23 23:20,21 24:1,9,10
  26:12 28:6,7,8 34:2,8,24 40:6 42:10
  42:12,19,24 46:11 47:18 48:15
  51:15,15,23,23 52:23 53:1
iceberg 17:17
ICE's 12:2,6,25 18:5 32:20 37:13
  47:13,15,22 50:10,15 51:13 53:15
ignore 34:14
illegal 24:12 39:1 52:13
illegally 52:14
imagine 9:4 42:13 44:8
immediate 61:12
immediately 62:19
important 20:6 23:17 25:7 29:4 31:7
  43:1 45:7,11 53:3
importantly 7:8
imposed 62:15 63:7 64:7 65:9
inaccurate 28:11
inadequate 38:16
inappropriate 29:19 35:21,22
incident 24:13
include 6:4 29:20,22 39:3
included 23:2 30:21
includes 49:20

including 8:19 14:5 42:19 55:14
inclusion 30:21
inconsistent 38:15 46:4
incorporates 56:17
indeed 11:17 22:19 14:18 23:10 26:8
independent 43:18,21 44:4 49:21 61:7 64:7
indicate 21:22 30:3 36:25
indicated 19:14,18 20:10 22:7 24:11 25:7 28:7 33:5,9,18 38:22,23 64:2 65:19
indicates 19:7 27:11 30:10 33:24 37:7 37:8
indicted 33:1,1
Indictment 12:24
individual 18:6,16 19:16 32:23
individuals 5:5 17:12,20,21,23 18:8 23:25 24:1,5,6,21,22 28:16 33:5 34:6
industries 7:4
inequality 24:18
inference 59:22
information 20:7,11 21:4,7,20 24:19 27:4 31:16 34:23 35:5 37:13 39:10 50:7 56:1,10,13 57:2 61:11 62:18
informational 52:24
Informations 55:11,13,22,25
informed 61:5
initially 25:15
ink 29:13,14
inked 43:10
innocent 45:14 59:14
inquire 22:24
inquiries 23:18
inside 7:22
instance 12:24 63:21,24
instances 14:18
Instead 11:14
Instituto 2:8 17:2,7
instrumentalities 47:7
instrumentality 60:15
INTERESTED 2:7
interesting 8:12
intermediary 44:18
internal 9:11 42:17 46:23 56:5,6,15
international 1:8 4:15 26:25 28:19 33:8 42:15 53:25 60:21 62:12
interpretation 44:6
interstate 47:7 60:15
intertwined 52:4,12
intervention 39:12
investigate 35:15
investigation 13:12 42:17 44:11 46:20
invite 36:6
involve 8:2 32:3 58:6
involved 7:3,15 8:18 10:18 13:17,25 14:5 17:12,21,23 19:2,7 22:4 24:2,6 29:21 30:5,7 33:17,20 52:18,20,21
involves 17:16 31:23 32:8,9,9
issuance 59:18
issue 5:20 7:1 8:13 10:3,4,9 11:7,8,14 11:18 12:14,19 13:21 15:15 18:9 23:4,6,11 34:15,17 40:8 42:24 44:12 45:6,15 51:3,19,22 53:2 61:24,25 62:22
issues 6:1,10 7:5 12:15 14:2 42:7 43:24 46:10 51:12
issuing 45:13
Ivan 4:6 39:23 66:9

**J**

J 2:1,1,2
Jackson 22:12
jamillikan@aol.com 2:16
January 25:8
Jenkins 61:23 63:10
Jersey 54:12,16
Joining 4:12
jointly 55:23
Jon 1:22 4:17
Jordan 17:3
JOSEPH 2:13 66:21
josephamillikan@gmail.com 66:24
Jr 2:14
jsale@saleweintraub.com 1:25
judge 1:12 4:3,8 19:18 20:21 21:10,20 22:19 23:17 25:16,17,17,18 26:8,15

27:3,23 28:16 29:4,10,14,19,25 30:16 31:4,6,18 32:15,18 33:14,22 35:2,12 36:1 37:9,21 39:7,15 44:18
judgment 10:1 40:11 65:10
judicial 39:25
Julietta 17:4,6
JUNE 1:7
jurisdiction 9:17 44:25 47:11
jurisdictional 41:12 47:4
jurisdictions 53:6
jury 59:21
just 6:22 8:17 12:18 13:21,22,23 14:2 14:20 30:3 40:5,23 41:17,20 42:21 43:9 44:8 46:10,25 47:5,14,14 49:5 50:20 52:7 56:12,24,25 57:4 64:20
justice 1:18 10:20 17:14,23,25 21:21 21:23 22:6,23 23:5,10,18,22 24:3,4 24:14 26:18 27:14 28:21 30:11 35:15 38:15 39:9,13 44:5,16,16 47:10 49:10 60:3
Justice's 13:5
J.D 54:17

**K**

K 2:3
Kamuvaka 33:14
keep 10:16
kept 47:18
key 12:18
kidding 27:14
kind 10:15 20:8 26:21 31:12 53:11 55:22
kinds 8:3 48:21
King 2:9
knew 18:9
know 7:20 15:16 18:16 20:6 21:6 22:2 30:24 32:4 34:7 38:3,19 41:4 43:11 45:5 46:7,12,12,15,19 47:6,7,19 48:19,20,24 52:20,25 64:16 66:6
knowing 61:7
known 18:10 34:8 43:24 50:24
knows 9:6

**L**

lack 9:11 19:19 28:4
laid 6:15,20 8:14,16 11:18 15:25 18:24 23:1 25:5 26:17 46:15,24
landed 25:18
language 28:7 65:14,20
large 7:13
largely 11:12
largest 49:16
last 5:11,23 9:23 22:10 30:18,19 38:19 38:21 42:10 43:15 50:20 54:8
lasted 9:24 47:19
lasting 48:20
Lastly 50:9
late 46:21
later 16:18
Latin 18:22
laundering 19:7 29:22
law 6:17 16:15 21:19 38:1 41:20 44:7 49:11 54:17 59:18
lawyer 20:24 29:7
lawyers 16:12
lay 14:14
lays 26:19 64:13
Lazarenko 32:22,22
leading 19:15
least 10:2 40:25 45:24 60:13
leave 38:24 65:12
leaving 11:8
led 44:14
leeway 41:9
legal 17:7 40:12 45:20 47:21 58:24
lengthy 13:4 16:9,9 53:8
lenient 6:3
let 16:24 41:17 47:14 61:25 66:6
letter 20:9 23:1 42:9
letters 20:21 23:7,8
let's 5:20 6:8 7:21 26:14
level 9:9,10 14:24 30:2,3,3
liable 34:5 45:22
light 19:21 64:3
lightly 44:12 46:18
like 7:23 13:20 15:9 17:15 31:5 33:22 43:22

limitations 45:21 47:4
lines 25:1
listed 19:1
literally 26:21
litigation 16:16 37:19,20 38:2,5 45:25
little 11:15 41:8
LLP 2:2
local 33:4 62:24
logic 13:16 20:16
long 17:22 47:19
longer 24:7 47:16
Longshoremen 33:8
look 13:9 26:16,23 29:25 30:16,22 32:5,10 33:3,23 35:2,7
looked 11:14
loss 14:9,14 16:8 41:25 51:16
losses 51:13
lost 47:20 48:3
lot 21:11 43:13
low 30:20
low-level 18:20

**M**

made 7:17,23 8:10 10:23 11:10,21,23 21:22 22:3 32:2 34:25 36:21 40:11 46:2 53:14 60:18 64:1,23
Magistrate 37:2 44:18
Maglich 17:3
mail 29:23
maintenance 63:2
major 25:1
majority 33:20
make 12:8 15:7 16:8 29:12 36:23 40:22 41:16,23 43:5 45:20 56:24,25 61:22 64:20
makes 9:15 42:19
making 10:15 29:13 32:9 46:4 64:5
Malaysia 60:12
man 18:20 28:22
management 9:9 13:17 27:5 46:22
managing 8:6
mandated 46:7
mandatory 14:25 26:7 41:13 48:6 50:22,25,25
manner 21:14 27:9
many 7:14 10:14 14:16 43:11 46:21
March 42:1
Marchena 4:1,8 54:6,7
MARCIA 1:11
Mark 22:7
Martin 2:1 4:18
massive 48:14
Master 37:2
material 18:23 43:4
matter 4:6 5:10,15 22:18 24:16 30:1 35:20 40:7 45:22 47:13 53:16,19,22 55:19 57:14 58:4 60:3 61:13 62:8 63:16 64:12 66:8,9,19
matters 22:24 25:4 27:16 35:15 37:1 39:22,24 40:16 64:19
may 5:24 6:15 7:8,19 47:6 54:2 58:25 63:16 64:22,23 65:11
maybe 22:17 29:1 34:2 37:19 40:10
ma'am 29:17
McNulty 26:18,19 47:15
mean 28:8 32:4 36:4,4 41:4,13 53:5,8
meaning 52:19
meaningful 34:13 35:14
means 31:8 60:15
meant 38:25
Medicare 7:21,25 8:2,3,4,7,11 33:15
meet 39:17 44:17
meeting 44:15
member 9:5
memo 26:18,19 47:16,16
memorandum 6:16 43:6 64:1
Mendelsohn 22:8
mention 24:19
mentioned 24:20 29:24 57:18 58:17
Merely 53:4
merged 46:20
merit 34:4
merits 38:8
met 11:9,20 12:13,21 42:5
Mexico 19:8
Meyer 2:1 4:19
Miami 1:2,6,16,24 2:15,15 18:23

66:23,23
microphone 17:5
might 8:10 12:12 22:5 53:12 66:9
MILLIKAN 2:13 66:21
million 25:1 27:22 28:3,6 30:6,10,17 30:18 32:5,6 36:7 49:12,12,13,15
Ministry 44:15
minute 22:2
mistake 56:9
mistaken 42:21
MLAT 42:15
mobsters 33:1
mom 10:22
moment 5:8
money 19:6 22:9,14 29:22 32:25 65:3
monitor 43:19,22 44:4,19 49:21 62:21 63:22 64:7,20
monitored 24:23
monitoring 64:17
monitorship 44:6
months 20:19 25:13,13,16 37:10 43:11,11 53:8
moral 28:1,1 38:6
more 8:5,9,15 12:14 16:13 30:5 31:4 36:10 40:7 48:20 49:17
Morello 17:3
Moreover 16:6 36:24
morning 12:5
most 7:7,16,17 8:1,6,15 9:22 22:15 31:7 41:2 51:25
motion 20:25 48:2 64:17
moved 25:15,17
much 12:17 27:12 39:19 66:16
Mueffelman 36:13
multiplier 30:11
must 5:9 9:3 50:7 65:9
MVRA 31:21 32:11 51:4,11
mweinstein@ willkie.com 2:4
M.W 2:3

**N**

nail 27:18 53:3
name 22:11 54:7,8
named 5:2 32:23 55:2
national 47:11
nature 21:5 26:23,24 30:14 31:11 35:23 41:12 52:8,17 61:5
NAUVEL 2:2
nearly 7:8
necessarily 12:14 51:6 53:1
necessary 31:13 35:24
need 11:13,24 12:14 15:5,6 16:2,3,8 16:21,22 27:23 30:16 32:5,15,16 40:22 42:2,8 46:16 47:21 51:14,22 53:2 56:24 66:9
needed 36:21
needs 9:21 10:8 26:16 49:4,6 53:14
negative 59:22
negligence 34:4
negligent 34:2
negotiated 45:1
negotiations 13:20 43:13,15 44:13
neither 14:25
nest 17:25
network 15:10 48:22
never 11:22,22 12:2 20:4,7,10 25:3 31:14,14 42:11
new 1:19 46:22,22 54:12,16
newspaper 18:1 34:9
next 65:21
nice 36:3
nine 16:12
NLRB 33:5,9
nobody 28:16,20 47:3
nobody's 37:12
nominees 32:25
non 38:9 48:2
none 28:15 33:13 34:16 46:11
nonissue 11:10
nonparticipation 37:14
nonspeculative 14:8
nonvesiture 63:4
normally 65:14
North 2:15 66:23
note 23:17 25:7 32:18
noted 37:18,18
nothing 35:17 40:15,15 48:4,4 62:1

**notice** 11:25 12:1 20:5 34:11 35:9,12 65:9
**notices** 35:11
**number** 6:5,6,18,21,25 7:4,12 13:3 31:25 42:25 46:13 52:18 61:10 62:11
**numbers** 4:4 30:4 56:7
**nutshell** 40:18
**NW** 1:19
**N.E** 1:16

**O**

**oath** 53:24
**objecting** 5:25,25
**objects** 56:2,2,12
**obligated** 43:5
**obligation** 35:4,15
**obligations** 11:23
**obliged** 52:24
**obtain** 60:13
**obvious** 13:8 19:11 35:7 37:3
**obviously** 6:9 8:14 12:16 42:16 45:25 62:13 64:18
**occasions** 23:7 24:8
**occurred** 13:25 14:18 18:15 29:9 33:13 35:6 43:4 60:14
**occurring** 8:22 47:8
**October** 44:15
**off** 5:11
**offender** 52:3,5
**offense** 30:5,7 59:5 61:8
**offenses** 26:24 61:10
**offered** 57:10
**office** 12:8 25:4 33:16 42:11,14,15 62:20,21
**officer** 43:22 63:13
**official** 2:13 30:8 66:22
**officials** 7:12 24:7 44:16 60:12
**offset** 37:25 64:24 65:3
**Oh** 40:22
**Ojeikere** 33:3
**okay** 4:21 5:7,20 6:12 17:1,6 22:17 56:24
**Okun** 34:18
**old** 54:13,14
**Oman** 17:10
**once** 13:12 44:21 64:16 66:6,10
**one** 4:6 5:9 6:2,8 8:13 9:20 12:19 14:3 19:12,15 22:10,24 26:3 29:1,20 30:5 32:2 34:13 37:8 38:19,25 41:1 41:15,17 43:16,21 44:12 45:7,8 46:12 47:1,2 48:15 49:16 50:22,25 51:7,19,22 56:10,18 58:19 62:17,17
**ones** 11:5 46:19
**One-year** 16:18
**only** 7:14 16:3 28:21 29:1 41:6 43:20 44:10 51:19,22
**open** 11:2,8 51:3
**operating** 48:17
**operative** 47:16
**opportunities** 51:5
**opportunity** 12:3 38:17 54:25 61:18
**Orange** 54:12
**orchestrated** 18:17
**order** 4:2 10:9 14:1,22 16:10,14,23 13:23:14 26:16 31:13 36:11 50:1 55:1 62:20 65:19
**ordered** 39:9
**ordering** 7:24
**ordinary** 63:20
**organization** 28:19 52:18
**organizations** 47:17
**other** 6:10 8:18 14:3 18:8 24:5,5 31:8 35:25 36:1 37:19,19,22,25 39:24 43:21 44:10 46:10,12,25 48:15 50:25 51:7 53:6,12 57:17,24 58:24 60:7
**others** 22:17 23:13 31:7 60:8
**out** 6:15,20 7:16 8:14,16 11:18 13:1,14 14:14,18 15:17,20,25 16:19 17:15 18:11,24 20:7,14 23:1 24:1 25:5,5 26:17,19 35:2 38:24 42:6 44:8 45:13 46:4,15,24 47:22 50:20 52:4 64:13,16
**outlined** 38:15 39:17 52:1 63:5
**outside** 44:1
**outweigh** 16:22

**outweighed** 51:16
**outweighs** 15:6 16:21
**over** 9:17,25 14:18 52:14
**overly** 50:17
**own** 9:2
**owned** 44:24
**o'clock** 39:21

**P**

**packaged** 10:15
**Page** 3:2
**pages** 1:9 16:14,16,18 23:3 47  :22
**pail** 14:1 27:21 30:17 33:21  49:13,13 49:14 64:9,10,16 65:3
**pan** 44:9
**papers** 30:7 44:22
**parading** 15:14
**Paragraph** 58:12
**parent** 56:14,22 64:24
**Paris** 44:19
**part** 4:25 10:2 17:13 25:3 27:  24 28:3 42:17 44:3 45:10 60:13
**parte** 42:18
**participant** 32:14
**participate** 20:22
**participated** 17:11 18:8
**participation** 37:13
**particular** 13:9
**party** 2:7 45:25
**passed** 8:4
**past** 12:16
**pauperis** 65:12
**pay** 24:9 25:2 51:2 58:8 60:1  1 62:18 62:22 63:11 65:11
**payable** 8:10 62:19
**paying** 8:18,19,23 47:5,12 64:  24
**payment** 7:11
**payments** 7:22
**penalties** 26:4 38:15
**penalty** 29:18 30:1
**pending** 38:9
**Pennsylvania** 33:16
**people** 7:15,17 8:23 18:2 19:2  2 20:13 20:14 21:21 22:10 24:2,3 27:25 32:10 33:20 34:1,3 47:2,6 52:18
**perceive** 45:8
**performed** 49:2
**Perhaps** 63:19
**period** 20:3 24:10 37:11 49:2  5 50:2 52:14 64:8,11 65:23
**permissible** 63:5
**permit** 45:19
**permitted** 12:8
**permitting** 8:3
**person** 7:22 28:21 42:13 47:2
**perspective** 8:25 11:4 16:20
**persuasive** 27:3
**pervasiveness** 47:18 52:13
**petition** 5:24 6:16 23:9 50:10,  15 51:11 53:15
**Philadelphia** 33:17,21
**physical** 62:14
**pick** 10:16
**PL** 2:9
**place** 4:24 22:6,10 24:10 64:  17
**Plaintiff** 1:5
**plan** 63:1
**play** 41:15
**played** 57:4
**playing** 15:20
**plea** 1:11 4:3,7 5:4,10,14,17,2  5 10:9 10:20,21 13:20 25:9 26:10  29:10 31:13 35:20 37:15 38:14,  18,22 39:4 39:6,7,16 43:17 45:1,3  3:3 19 55:1 57:10,15,17 58:3,5,14,18,2 5 60:10 61:12,14 64:6 65:1
**plead** 57:20,22 58:7 60:22,23,  24 61:1
**pleading** 11:17 20:4 47:25 59  :4,9,23
**pleadings** 6:22 11:21 16:13  31:3 51:21
**pleas** 49:8,10,23 55:6,18 61:5,  6
**please** 4:1 5:8,12 17:5 31:2 40  :6 54:4 54:7
**pleasure** 53:23
**pled** 19:3
**plethora** 21:19
**plight** 34:24
**plus** 30:8 49:12

**point** 5:24 7:16 8:25 9:3 11:12 13:14 14:22 19:24 22:24 34:14,16 35:10 35:21 38:19 46:6 47:21 50:20
**policy** 22:6,7 40:11
**polite** 35:13
**pop** 10:22
**position** 13:5 17:9,9 23:6 31:15 32:20 32:20 39:2 42:5 45:9
**possible** 13:23 14:16,20,21 15:16 55:14
**posted** 10:21
**potential** 37:22
**practices** 19:4 22:8 27:6 49:17 53:11 56:4 60:8
**precluded** 5:14
**predicate** 47:1
**prefiling** 13:15
**prepared** 16:25 53:18,21 60:3,6 61:18
**presence** 12:2 39:6,11 54:2
**presentations** 46:13
**presented** 34:7 39:16
**presentence** 61:18
**presentencing** 63:5
**presently** 38:9
**president** 18:5
**press** 45:11
**presumed** 59:14
**prevent** 7:24
**previously** 23:12 61:23
**price** 10:18 14:20
**primarily** 28:17
**primary** 19:9
**Princeton** 34:15
**principal** 7:1 13:24
**principally** 62:11
**principals** 52:21
**principle** 43:4,6
**principles** 47:17
**prior** 6:25 12:23 13:7,19 20:6 54:20
**pro** 4:19
**probably** 5:18 7:7 9:22
**probation** 12:7 23:13 25:4 43:22 62:17,20,22,24 63:13,20,24 64:11 64:16,18,19
**problem** 22:15
**problems** 15:10
**Procedure** 65:7
**procedures** 24:10 36:24
**proceed** 5:10,12,20 40:6 53:19,22 62:8
**proceeded** 60:4
**proceeding** 20:20 27:24
**proceedings** 5:14 16:9,10 17:11 20:22 40:2 66:17,19
**process** 7:22 20:3,14 24:18,20 39:5 41:25 44:19 50:18 51:14,17 59:19
**product** 15:17
**products** 15:12,12,12
**program** 7:25 18:17 46:23 49:20 64:4 64:17
**prohibits** 44:1
**prolong** 14:24 15:5 51:13
**promised** 57:18 58:17
**promote** 49:11
**prompt** 17:20,21,24
**promptly** 24:14
**prong** 41:13 51:10
**pronouncing** 51:24
**proper** 63:2
**properly** 15:18
**property** 32:3,5,7
**proposed** 28:6 65:18
**prosecuted** 24:1,8
**prosecution** 6:1 9:19 17:21 25:10 26:2 26:14 28:15 29:11 45:4,7,10,19 46:5,8 47:17 50:1,2,3 56:20 57:12 64:8 65:2,24,25
**prosecutor** 60:19
**prosecutors** 20:10,11
**Protection** 15:1 41:14 48:7 50:24
**proud** 43:18
**prove** 29:10 35:16 51:16 59:15 60:3,6
**provide** 20:11 26:7 35:12,23 49:11 51:14
**provided** 20:5 21:6 23:1 31:19 34:19 41:20 47:22 48:22,23
**provides** 29:12
**providing** 48:16

**provision** 37:24 38:17 45:16,18 56:6
**provisions** 37:3 45:8 51:9 56:3,4,15,16
**proximate** 9:21 10:4 11:4 31:22
**proximately** 31:22
**public** 21:21 30:8 42:16 43:2
**publicly** 43:3
**purchase** 25:1,2
**purpose** 37:3 50:4
**purposes** 66:7
**pursuant** 23:15,22 49:23 62:16 65:7
**pursuing** 46:19
**put** 5:10 29:14 44:25 53:3
**P.A** 1:23
**p.m** 40:2 66:17

**Q**

**qualified** 46:7
**quasi-victim** 40:9
**question** 11:2,3 51:7
**questions** 23:19 40:7
**quickly** 18:23 31:4 36:1 42:7
**quite** 39:2 43:18 51:2
**quote-unquote** 52:11

**R**

**R** 4:23 54:3,9 66:18
**racketeering** 29:23 46:25
**raise** 12:19 45:5
**raised** 6:1
**raises** 8:25
**rampant** 20:18
**ran** 28:19
**range** 30:12
**rate** 20:18 37:9
**rather** 30:2
**ratified** 33:12
**Re** 13:1,13
**reach** 11:14 21:20 42:1 53:2
**reached** 10:19 20:7 25:9,12 37:10 43:3 51:3
**reaching** 11:7
**read** 21:18 22:1 31:3
**reading** 65:13
**real** 38:12
**really** 10:5,5 20:15 22:16 32:4 45:11 46:21 51:19
**Realtime** 2:14 66:22
**reason** 10:11 15:13 21:17 36:10 37:7 41:4 45:11 46:3 53:15
**reasonable** 11:25 14:8 53:7 59:15 60:6
**reasons** 11:2 13:3,24 36:1 49:22
**receive** 24:24 42:23
**received** 11:15 30:6 33:6 40:20
**receiving** 9:7 14:3
**recent** 36:17
**recently** 9:22 41:5
**recess** 39:24 40:1
**recipient** 46:13
**recipients** 7:9 9:1 10:22
**recitation** 60:18
**recognition** 27:16
**record** 4:9 40:3 42:9,19 49:9 54:8 57:18 58:18 62:1 64:22 65:6
**records** 32:9 42:22,23 56:4,16 63:3
**recover** 37:24
**recovery** 37:22
**red** 37:9
**referred** 37:1 38:7
**referring** 50:23
**reflect** 29:21 48:12
**reflected** 27:20
**Reform** 62:16
**regard** 23:7,12 43:24 52:25 58:3,5,20 61:13,18 62:8,11,12 65:13,16,17 66:8
**regarding** 42:19 43:6 51:9
**regardless** 40:21,23 42:3,4
**Regis** 13:18
**regulations** 43:5
**regulatory** 28:24
**Reifler** 32:24
**reject** 10:9 25:23 39:16
**rejected** 28:7 39:8
**rejecting** 25:25
**relate** 36:24
**related** 49:5 51:13
**relates** 33:15

relating 37:13,16 39:10
relationship 33:24 52:16
release 21:5
released 20:20,21 21:1
releases 45:13
relief 25:12 35:24
rely 6:22
remain 39:21
remanded 14:11,12
remarks 40:6
remedial 27:17,19 35:24
remediation 46:11,14
remedies 28:24
rendered 15:11
reparations 49:14
repeated 42:25
repeatedly 27:15
reply 42:10
report 9:10
REPORTED 2:13
Reporter 2:13,14 66:22,22
Reporter's 3:3
reporting 44:4
reports 61:18
represent 17:2
representation 28:10 52:23
representatives 45:20
represented 38:4
representing 16:13
Republic 49:13
request 10:1,10 42:15 49:7,23 65:23
requested 25:22
requests 42:19 50:14
require 15:1
required 14:8 24:9 34:21 41:23 49:21
    51:1
requirement 63:1,2,3,4,4
requirements 47:7
requires 59:19
resolution 10:19 37:2 49:15,20
resolutions 6:2 49:16
resolve 10:8 35:19 37:20 44:9
resolved 5:15 49:6
resolves 6:10
respect 12:10 17:25 22:6,25 23:6,18
    23:20 24:16,25 25:19,25 27:18
    28:14,24 29:9,18 30:4,13,15 31:5,8
    32:1,24 34:17,23,24 35:14,22 36:18
    37:5,25 38:4,11,20 49:11 52:25
respectfully 49:22 50:9,15
respective 64:6
respects 40:12
respond 40:14
responded 23:8
responding 42:14
response 6:16 12:19,22 23:10 45:24
    44:24 45:16
responsibility 18:15 23:23 27:16 29:5
responsible 9:2 10:2,5 33:7
restitution 6:4,7 7:24 8:10 10:10,25
    12:8 13:22,24 14:11,25 15:3,6,15
    16:7,21,23 22:14 26:7,10 29:20
    30:22,24 31:17,19 32:21,23 33:21
    36:2,7,9,11,13,15,19,21,22,5 37:3
    37:6,23 38:1,18,20,23 39:1,3,6,14
    41:2,6,10,14,19,19,20,2 2 48:7 49:4
    50:15,21,23 51:12,15 53:2,5,5,12,16
restored 53:14
result 12:9,11 58:25
resume 40:2
retain 60:13
retention 49:21 63:2
returning 22:9
revealed 24:2
revenues 30:18,19
reversed 14:11
review 15:8 55:11 61:18
reviewed 33:9 36:18
Reynolds 4:23 54:3,5,9
Rica 7:4 16:15 17:12 18:6,7 19:8,9
    27:21,25,25 28:2,4,11 29:7 38:7
    42:12 46:1 47:3,5,12 48:17 49:14
    60:12
Rican 9:23 15:21 20:9,11 48:17
RICO 48:1
rid 17:24
right 12:21 13:6,15,19 15:21 31:4,6
    40:3 41:1,1,2,19,20 50:22 56:22

58:21,23,24 59:10,13,13,14,16,17
    59:20 65:5,6,8 66:6,13
rights 6:6 11:9,15,16,18,19,1 9 12:12
    12:20,21 13:6 16:3,4 23:15,23
    25:24 31:19 32:6,7 34:11,11,12,13
    37:16,16 38:16 40:20,20 41:18,18
    42:3,5 48:5 50:12,13 59:25
rise 4:1
rmeyer@willkie.com 2:5
Robert 2:1 4:18
rogue 18:13
role 23:20 57:4
RPR-CM -NSC-FCRR 2:13 66:21
Rubin 34:18,18
rule 16:25 56:22
ruled 61:25
Rules 65:7
ruling 38:9
rulings 40:7
run 63:9
rush 37:15 41:4
R-e-y-n-o-l-d-s 54:9

S

Sale 1:22,23 4:17,17,18 62:9
salient 8:15
same 8:19 14:4,6 19:13 29:6 32:25
    51:9 57:1 63:7
Sapszian 7:2,10 18:13,19 19:3,15,25
    20:3,19 21:4 28:22 29:9 35:7
Sapszian's 20:24 25:7
sat 43:11
satisfy 35:2
Saturday 10:17
saying 12:16 18:16 20:15 29:8 45:14
    52:22
says 13:9 20:12 21:16 22:20 37:22
    41:19 46:11
scandal 17:13,18 18:9,11 24:3 25:3
scheme 19:24 31:23,24 33:1,18,20
Schilling 32:10
school 54:15,17
screaming 27:14
search 63:5
seated 39:21
SEC 49:13
second 13:17 14:22 32:14 49:25 52:7
    56:13
Secondly 52:7
section 1:19 13:9 30:15
sector 21:21
securities 43:5 44:5
see 14:16,20 45:12 52:12 59:17
seek 27:25 28:1
seem 13:23 22:3
seems 12:22 22:1 40:8 41:1 52:9
seen 19:20
Seitz 19:18 20:21 25:16 35:12
senior 7:16
sense 53:13
sent 20:21 42:15 47:25 48:9 61:23
sentence 37:15 58:24 61:13 62:8,15
    63:7 65:8
sentenced 19:18 20:19 62:17
sentences 62:13 63:9
sentencing 1:11 4:4 14:25 15:5 20:4
    50:18 51:14,17 62:6 64:11,12
separate 15:13
series 26:19 45:12 47:9 48:10
serious 27:1 44:11
seriousness 26:23,24
services 15:11 48:16,18,23
session 4:1
set 11:23
settled 28:2
settlement 27:21 28:6,10
several 32:22
share 42:17,18
sharing 44:1
short 15:22,23,23 47:13
show 9:7
showed 8:8
shown 49:9 50:18
shows 48:13
shrift 47:13
sic 25:14
side 44:10

significant 7:17 22:23 24:17 30:24
    42:23 43:2,15,16,2 4 44:2
similar 10:12 19:12 27:10 30:23 36:12
simple 8:13
simply 15:8 42:21
since 4:25 5:14 6:15 20:20 24:4 34:10
    39:4 45:6 61:25 62:13 63:21
single 55:25 56:1,11 57:1,3,5
sir 39:18 54:11,20 55:10 57:14 58:14
    58:20 59:3,23 60:18
sit 5:7
sitting 43:10
situation 8:5,22,24 20:17 29:2 31:10
    31:18 33:25 34:1 35:6 36:5 38:25
    43:21
six 16:15,17 23:25
Sixth 10:12 11:11,11
solely 28:17 29:8
solicitation 7:11
some 6:20 9:3 10:21 11:21 14:18 15:8
    20:18 21:17 22:14,17 23:14 24:8
    28:25 34:9 37:1,25 42:9 46:3 49:3
somehow 44:23
someone 7:23 20:17 31:21 32:20
    48:22,23
something 7:23 15:10 31:8 36:3 41:15
    42:16 43:17 48:9 50:24 53:14 57:25
    63:20
soon 21:1
sophisticated 15:20 48:14
sorry 31:9 50:1 56:9,25
sort 10:4 15:14 38:13 40:9 41:8 44:8
    45:12 48:10
source 37:22,25
South 1:24
SOUTHERN 1:1
Spanish 42:9 48:22
speak 13:10
speaking 57:1
special 41:1 58:8,10 62:25 64:9
specific 14:14 15:3 41:24
specifically 29:11 37:22 38:6 42:19
    52:20
specificity 41:3
specified 25:11 31:7
speculative 16:8 50:16
speedy 65:20 66:1
spell 54:7
spite 8:13
stand 62:1
standard 12:13 35:2 51:10 62:24
standards 26:15 39:17
standing 29:7 45:5
standpoint 9:19
start 6:8 17:15
started 35:8
state 47:25 48:1 54:7 62:23
stated 19:20 57:17
statement 60:9
statements 29:12 46:4
states 1:1,4,12,18 2:13 4:10,12 14:10
    19:22 22:12 36:6,12,18,19 38:8
    40:4 44:10 47:8 50:8 52:1 53:18
    54:18 55:21 58:2 60:2,14 62:3
    64:12 65:15 66:22
state-owned 7:14
statistical 66:7
status 5:11 9:20 13:21 23:14 32:21
    39:11 40:15,21 47:23 50:10 52:3
    53:16
statute 13:8 21:13 22:4 23:15 37:21
    43:25 45:21 50:21 61:24
statutes 15:3,4 16:7 51:9
statutory 37:2
step 34:10 41:17
Stephen 54:3,9
steps 36:23
Steven 4:23
still 34:4 41:15
stones 21:11
stopping 34:3
store 10:16
stores 10:22
Street 1:16 2:3
stressed 7:18
stresses 7:13
struck 25:19
subject 56:22

submit 21:18 22:19 25:20 26:5,5,24
    29:19 33:3 35:20 36:16 37:21 64:17
    65:18,21
submitted 23:7 24:19 34:9 42:10
subpoenas 59:18
subsidiaries 27:6 28:17 56:10,18 57:2
    58:6,7 60:7,11 64:3 65:4
subsidiary 57:5
substantial 46:14 49:10,19,19
substantive 22:24 56:15
sudden 37:14
suffered 24:17
suffice 6:24
sufficiency 6:2
suggest 20:16 33:14 34:13 42:22
suggested 24:4 29:18 37:19
suggests 13:11 47:14,22
suitable 36:10 48:22
Suite 1:24 2:9,15 66:23
sum 31:2 40:13
summarize 6:22
support 64:1
supported 61:7
supporting 23:3
supports 32:19
suppose 55:4
supposed 64:10
supposedly 42:24
Supreme 36:17,18,20 41:8
sure 38:13 43:14 56:24,25 64:20
suspend 64:15,19
swear 54:4
Swedish 8:19
Switzerland 27:7 47:12
sworn 54:6
system 14:2 18:25 27:5
S.A 1:7,8 4:5 60:24 63:8

T

T 66:18,18
table 3:1 4:12
tact 20:1
Taiwan 60:13
take 4:6 30:4 36:22 38:3 39:22 41:17
    45:9
taken 44:12
taking 28:18 53:24
talk 15:9 26:14 31:9 48:6,8
talked 9:11 21:3 34:11,12 49:3
talking 17:15 22:15 45:3 49:4,15
Tampa 2:10
tangentially 49:5
Tech 37:8
technical 45:22 48:21
telecommunications 7:4
tell 6:13 43:8 59:12
tells 20:16
ten 30:19 64:9,11,18
tender 13:25 14:7,19
tenets 23:1
term 62:17
terminated 24:8
termination 17:20
terms 40:18 41:17 47:21 49:6 58:3
territory 60:14
testified 14:3
testify 59:19,20,22
Thank 5:22 39:18,19 51:18 62:3 66:12
    66:16
their 9:2 12:25 16:3 20:1 23:6,11
    25:11 32:20 40:21 41:3,18,19 42:5
    42:25 46:14 47:23,25 48:1 50:12
    64:6
themselves 9:7 29:14 44:10
thing 5:9 14:6 20:17,18 22:10 32:14
    37:6 50:20 57:1
things 12:9 15:9 21:5,23 23:24 31:12
    35:25 39:15 42:8 46:25 47:9 48:10
    52:9 59:14
think 7:7 8:5,8,15,25 5 9:12,22 10:7,8
    11:24 12:18 13:4,8,18 15:7,13,15
    15:22 16:1,11,20 20:17,23 21:10,11
    21:13,20 25:5,25 26:10,15 27:10,20
    27:23 29:4 30:13,16 31:5,7 32:14
    32:15,16 34:21 37:8 38:14 40:18
    40:25 42:5,8,21 43:1 45:6,6 47:6,6
    47:11,13,20 48:11,13 49:9 51:19,20

51:21,25,25 52:3,8,15,23 53:3,10
63:23 64:20
**thinking** 47:18
**thinks** 21:12
**thoroughly** 24:15
**though** 12:22 22:20 41:11 43:8,9
52:15,20,23 53:11
**thought** 22:3,13 41:5,22
**threatened** 57:20
**three** 5:5 6:1,6 24:5 25:9 39:21 49:8
49:10,23 53:25 55:1,6,23,24 56:2,2
56:10,11,18 57:2 58:3,5,6,6,18
59:24 60:7,10,11 63:9
**three-year** 64:7 65:25
**through** 11:17,19 12:10,20 18:17,22
24:20,22 27:6 32:15,16,16 34:21
35:25 47:15,20 48:11 52:22 60:15
64:4 66:10
**throughout** 18:22 24:10 34:8 43:15
44:14
**throwing** 21:11
**time** 4:24 5:11,23,24 8:19 14:4 17:22
19:6,14 20:3 21:5 22:13,13,24
23:19 24:5,11 25:24 29:6 35:10
36:18,20 38:3,21 39:19 41:8,9 50:6
53:7 64:19 65:19,20,25 66:1
**timely** 11:25 27:13
**times** 42:25
**tip** 17:17
**Title** 35:3 36:24 50:8
**today** 5:3 12:17 17:3,4,6 20:6 22:22
37:16 43:1 46:18 54:21 56:21
**together** 4:18 57:6
**told** 20:24 21:6 23:4 57:25
**tooth** 27:18
**top** 9:5
**totally** 26:21
**touch** 13:22
**traced** 11:5
**Trade** 1:8 4:15 53:25 60:21 62:12
**traded** 43:3
**transaction** 14:17 26:9
**transactions** 24:6
**TRANSCRIPT** 1:11
**transcription** 66:19
**treat** 21:14
**treated** 5:13 12:10 40:9 52:24 53:15
54:23
**tremendous** 31:25
**trial** 9:24 16:16,18 48:20 50:6 55:15
59:10,13,25 60:4 65:21 66:1
**troubled** 12:16
**troubling** 9:12 16:1
**true** 29:11 41:11 43:12 63:25
**try** 14:22,23 15:16 16:10 23:13 36:1
42:1 52:4
**trying** 20:14 44:9
**TSM** 25:1
**turns** 46:3
**twelve** 43:11
**twenty** 19:1
**two** 6:5 13:24 14:4 15:19 23:7 24:5
32:3 35:25 47:2 48:14 56:10
**two-count** 56:14

### U

**ultimately** 44:14 48:3
**unable** 65:11
**unauthorized** 34:5
**unburied** 19:16
**unclear** 38:20
**uncovered** 8:16 17:18
**under** 6:6,7 9:14,16 11:16 12:13,21
16:3,7 20:14 21:13 25:21 31:21
32:11 34:20 35:20 37:21 40:20
41:18 42:3 43:5 50:3,7,13 51:10
64:6,8,12
**undergraduate** 54:16
**understand** 5:15 21:15 24:25 27:23
43:1 58:20,23 59:3,7,9,23 61:12
66:7
**understanding** 39:2 45:24 57:15
58:14
**unduly** 15:4,5 16:9,9 50:17
**unfair** 7:19
**unfortunately** 25:18
**union** 33:7

**United** 1:1,4,12,18 2:13 4:10,11 14:10
19:22 36:6,12,12,17,19 38:8 40:4
44:10 47:8 50:8 52:1 53:18 54:18
55:21 58:2 60:2,14 62:3 64:12
65:15 66:22
**unless** 40:14 59:21
**unnecessary** 63:24
**unreasonable** 20:17
**until** 22:22 23:9 25:13 41:5 44:16
64:19
**unveiled** 28:22
**unwind** 14:17
**USA** 4:4
**USC** 50:13
**use** 7:20 13:11 23:23 30:11 35:4 39:9
60:15
**used** 15:18
**users** 11:5
**usually** 65:12
**utilized** 19:1
**U.S** 2:14 36:9,17 62:21

### V

**v** 4:4 14:10 33:8 36:6,9,12,13,17 40:4
**vacated** 14:11
**Valdez** 30:22
**valid** 38:12
**value** 30:6
**Valverde** 18:6,12 29:9
**variety** 8:23 44:13
**various** 18:21,21 55:22
**vastly** 50:17
**versus** 51:4
**vice** 4:19
**victim** 5:11,13 6:4,5,6,9,20 8:8 9:8,13
9:20 10:6,7 11:2,9,16,18 12:13,15
13:6,21,23 14:9,25 15:1,25 16:2,4,7
21:5,9,17 23:1,2,7,14,2,2 25:23,24
31:9,18,21 32:1,21 34:10 39:8,10
40:9,15,19,19,20,23,23,24,2 5 41:14
41:14,18,21 42:3,4 47:23 48:5,6,7
50:10,11,12,22,2,4 51:15,24 52:3,5
52:10,11 53:1,13,16 61:24
**victims** 10:24 11:13,13,15 35:3,3,5
36:8,13 37:16 38:16 50:13
**view** 23:11 26:8 35:21
**views** 22:25
**violate** 56:3,4,11 60:8
**violated** 37:17
**violation** 39:5 44:6,25 46:5
**violations** 19:4,5 56:15
**vitriolic** 11:21
**voluntary** 27:13 61:7
**vs** 1:6
**VWPA** 51:4,11

### W

**Wachovia** 1:23
**waive** 58:12
**waived** 65:5
**waiving** 58:21,23,24 59:9,12
**walk** 48:11
**walked** 11:17,19 47:19
**walking** 12:19 47:15
**want** 34:10 35:25 50:20 56:25
**wanted** 10:24
**wants** 22:11
**warranted** 16:21 64:12
**Washington** 1:20 2:3
**wasn't** 22:16 42:14 43:8 44:16 48:5
**way** 18:9 21:13 22:16,18,20 26:11,12
26:13 36:8 37:20 40:9 42:23 46:12
47:16 51:7,24
**ways** 10:12
**WEBB** 2:8
**week** 9:23
**weight** 40:12
**Weinstein** 2:1 4:18,22 5:6 53:23 54:2
55:8 56:17,20 57:7 61:16,20,23
62:10 63:16,19 64:22 66:5,14
**Weintraub** 1:23 4:18
**well** 6:8 7:11 11:1 20:15 21:8,25 31:16
40:25 43:14 56:5,16 64:18
**went** 18:20,25 27:1,6 39:5 52:16 54:16

54:16
**were** 5:23 6:3,5,7,21 7:9,16,20 8:6,17
8:18 9:1 10:17,18,21,24 11:13,19
12:12 13:9 14:1 15:8,11,12 16:2,17
17:14,23 18:2,13,25 19:1,5,8,10
20:1,23 21:8,9 22:25 23:6,8,19,20
24:2,2 31:6 32:25 33:1,1,6,20 34:2
35:11 38:7,21 41:22 43:13,14 44:2
44:3,13 45:14 46:2,2,19 48:2,23
49:1 52:21 54:11 60:6
**weren't** 10:23 11:5
**we're** 38:1 40:3 43:18 46:19 49:15
**we've** 23:12 33:13 32:5,5,6 41:5 43:18
46:13,24
**whole** 7:13 9:14 37:12 39:2 62:2
**whole** 6:2 13:3 14:2 15:13 16:16 47:9
53:14
**wholly-owned** 60:7,11
**Wiand** 2:8,9 17:1,1,6 21:10,15,25 22:5
29:17 31:4 39:19 50:23
**Wilkie** 2:14
**William** 22:12
**Williams** 33:23,23
**Willkie** 2:2 4:19
**win** 14:1
**wire** 29:22
**wisdom** 13:16
**wish** 55:17 61:22
**witness** 15:1 18:23,24 41:14 48:7
50:24 51:10 54:6,9 59:7
**witnesses** 48:21 59:17
**won** 14:19
**words** 36:3
**work** 8:3 25:5 44:20
**working** 47:11
**worldwide** 17:17 18:17 26:25 27:8
**worth** 25:1 47:23
**wrestle** 12:14
**written** 50:3
**wrong** 30:14 38:16 63:11
**wrongdoing** 18:12 28:4,9 29:7
**wrongs** 27:19

### Y

**year** 9:25 25:14 30:18 43:16 48:20
62:17
**years** 6:25 7:5 16:15,18 28:20 30:19
49:18 52:14 54:14
**year-long** 16:16
**York** 1:19

### $

**$10** 27:22 28:2
**$130,500,000** 30:12
**$147** 49:15
**$149** 25:1
**$18** 32:5
**$192** 36:7
**$2** 49:13
**$200** 30:19
**$21.2** 30:18
**$261,000,000** 30:12
**$400** 32:6 58:10
**$45** 49:12
**$500,000** 58:8 62:18 63:11 64:10,23
**$70** 28:6
**$72.5** 30:10
**$92** 30:17 49:12

### 0

**06** 56:17

### 1

**1** 1:7,9 13:25 45:12 50:16
**1,300** 16:13 23:3 47:22
**10** 29:1
**10,000** 36:8
**10-20906** 4:4 61:10
**10-20906-CR-COOKE** 1:3
**10-20907** 4:4 62:11
**11** 56:22
**11**[th] 5:24 6:15 7:8
**11(c)(1)(C)** 26:10 39:4
**11(c)(4)** 49:24
**11-1** 2:15 66:23
**11-2** 1:5

### 12

**12** 30:3
**1341** 32:10
**14** 58:12 65:9
**1400** 1:19
**16** 25:12 37:10
**16,500** 24:1
**16-month** 37:11 42:24
**17** 25:13
**18** 35:3 36:24 50:8,13
**1875** 2:3
**1980s** 7:5,6
**1983** 54:17
**1984** 62:16

### 2

**2** 30:6 45:13 50:17
**2C1.1** 30:3
**2D1** 30:2
**2,000** 16:16,18
**20** 28:20 30:6 42:14
**20-year** 27:11
**200** 1:24
**2000** 17:9
**20005** 1:20
**20006** 2:3
**2003** 9:11
**2004** 17:9,17
**2006** 18:19 46:21
**2007** 5:1 19:3 22:22 42:15
**2010** 25:8,9 44:14,15,17,22
**2011** 1:7 25:8
**202.303.1281** 2:3
**202.303.2000** 2:4
**202.353.3551** 1:20
**202.514.0152** 1:21
**20906** 56:7,12 57:2 58:6 65:16
**20907** 56:8 65:17
**24** 65:21

### 3

**3** 60:10
**30** 20:19
**3000** 2:9
**305.374.1818** 1:24
**305.523.5588** 2:15 66:23
**305.523.5589** 2:16 66:24
**305.579.3201** 1:25
**305.961.9358** 1:16
**3161(h)(2)** 50:8
**326** 36:13
**33** 49:17
**33128** 2:15 66:23
**33131** 1:24
**33132** 1:16
**33607** 2:10
**3664(f)(1)(B)** 37:21
**3771** 50:13

### 4

**4** 30:8
**4**[th] 1:16,20
**4:19** 40:2
**4:55** 66:17
**40** 30:9
**400** 2:15 66:23
**418** 33:4
**43** 6:18
**4300** 1:24

### 5

**50** 30:6
**50-page** 23:3
**52** 54:14

### 6

**6** 30:2
**6/1/11** 66:17
**60** 48:21
**600** 2:9
**67** 3:3

### 8

**8D1.1** 64:13
**813.222.1136** 2:10
**813.347.5198** 2:10

**9**

**9** 29:1 64:2
**90** 41:6,11,12
**90-day** 36:18
**907** 56:19 57:10
**99** 1:16