UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALCATEL-LUCENT FRANCE, S.A.,
    f/k/a "Alcatel CIT, S.A.," et al.,

    Defendants.
_____/

CASE NO. 10-20906-CR-COOKE

**NOTICE OF APPEAL OF DENIAL OF PETITION FOR RELIEF PURSUANT TO 18 U.S.C. § 3771(d)(3) AND OBJECTION TO PLEA AGREEMENTS AND DEFERRED PROSECUTION AGREEMENT**

Victim Instituto Costarricense de Electricidad ("ICE"), by and through its undersigned counsel, hereby notices its appeal from the denial of its Petition for Relief Pursuant to 18 U.S.C. § 3771(d)(3) and Objection to Plea Agreements and Deferred Prosecution Agreement (Doc. 22) (ICE also filed a Memorandum of Law in Support (Doc. 24)), the denial of ICE's request to be recognized as a victim of Defendants' crimes, and the denial of ICE's request for an order of restitution. The order denying ICE's Petition and requests was made by this Court from the bench on June 1, 2011. ICE also appeals from the judgments entered in this case. (Docs. 77, 78, and 79.)

Respectfully submitted,

**/s/ Gianluca Morello**
Burton W. Wiand, FBN 407690 (*pro hac vice*)
bwiand@wiandlaw.com
George L. Guerra, FBN 0005762
gguerra@wiandlaw.com
Gianluca Morello, FBN 034997
gmorello@wiandlaw.com
Dominique H. Pearlman, FBN 0044135
dpearlman@wiandlaw.com
Jordan D. Maglich, FBN 0086106
jmaglich@wiandlaw.com
WIAND GUERRA KING P.L.
3000 Bayport Drive, Suite 600
Tampa, FL  33607
Tel: (813) 347-5109

Damaso Saavedra, Esq., FBN 607886
dsaavedra@lawspgh.com
Randolph Brombacher, Esq., FBN 069876
rbrombacher@lawspgh.com
SAAVEDRA, PELOSI, GOODWIN &
  HERMANN, A.P.A.
312 Southeast 17th Street, Second Floor
Fort Lauderdale, Florida  33316
Tel: (954) 767-6333

Paul G. Cassell, Esq. (*pro hac vice*)
cassellp@law.utah.edu
332 South 1400 East, Room 101
Salt Lake City, UT 84112-0730

Mario Thomas Gaboury, Esq. (*pro hac vice*)
mgaboury@newhaven.edu
300 Boston Post Road
West Haven, CT  06516

*Attorneys for Instituto Costarricense de Electricidad*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Gianluca Morello
Gianluca Morello, FBN034997